**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of New York (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Dawson International Investments (Kinross) Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  51-0277624

4. **Debtor's address**

   **Principal place of business**
   P.O. Box 706
   Number    Street
   _____
   Natick    MA    01760
   City    State    ZIP Code

   Middlesex
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   P.O. Box 706
   P.O. Box
   Natick    MA    01760
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**  N/A

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Dawson International Investments (Kinross) Inc.                                    Case number (if known)_____
         _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   3  1  5  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____   Case number _____
                                        MM / DD / YYYY
         District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.   Debtor  See attached list._____   Relationship _____
         District _____   When _____
                                                         MM / DD / YYYY
         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor    Dawson International Investments (Kinross) Inc.          Case number *(if known)*_____
         Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** (consolidated with affiliated debtors) | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  Dawson International Investments (Kinross) Inc.   Case number (*if known*) _____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

Contingent
Unliquidated
Disputed

Executed on   05/26/2016
              MM / DD / YYYY

✗ /s/ David G. Cooper                           David G. Cooper
Signature of authorized representative of debtor   Printed name

Title  President and Sole Director

**18. Signature of attorney**

✗ /s/ Patrick L. Hayden                         Date   05/27/2016
Signature of attorney for debtor                       MM / DD / YYYY

Patrick L. Hayden
Printed name

McGuireWoods LLP
Firm name

1345 Avenue of the Americas, 7th Floor
Number    Street

New York                                NY          10105
City                                    State       ZIP Code

(212) 548 - 2163                        phayden@mcguirewoods.com
Contact phone                           Email address

4087920                                 NY
Bar number                              State

**Official Form 201 (Continuation)**
**Voluntary Petition for Non-Individuals Filing for Bankruptcy - Continuation Sheet**
DEBTOR: Dawson International Investments (Kinross) Inc.          CASE NUMBER: Not yet assigned

10. (Continued)

| | | |
|---|---|---|
| Debtor | Ilion Properties, Inc. | Relationship  Subsidiary |
| District | Southern District of New York | When  05/27/2016 |
| Case number, if known | | MM / DD / YYYY |
| | | |
| Debtor | DCC USA Inc. | Relationship  Subsidiary |
| District | Southern District of New York | When  05/27/2016 |
| Case number, if known | | MM / DD / YYYY |
| | | |
| Debtor | Dawson Luxury Garments LLC | Relationship  Affiliate |
| District | Southern District of New York | When  05/27/2016 |
| Case number, if known | | MM / DD / YYYY |
| | | |
| Debtor | Dawson International Properties, Inc. | Relationship  Subsidiary |
| District | Southern District of New York | When  05/27/2016 |
| Case number, if known | | MM / DD / YYYY |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
:
In re:                                                                : Chapter 11
:
Dawson International Investments (Kinross) Inc.,   : Case No. 16-_____ (___)
:
    Debtor.                                              : Joint Administration Requested
:
-------------------------------------------------------------X

## STATEMENT OF CORPORATE OWNERSHIP

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, Dawson International Investments (Kinross) Inc. ("DIIKI") a non-governmental corporate party, hereby states as follows:

1. DIIKI is a wholly owned subsidiary of Dawson International, PLC, a United Kingdom public limited company, currently in administration proceedings in the United Kingdom.

2. DIIKI does not directly or indirectly own 10% or more of any equity interest in any publicly traded company.

3. DIIKI does not directly or indirectly own an interest in any general or limited partnership or joint venture.

Dated: May 26, 2016

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized and designated signatory for the corporation named as the debtor in this chapter 11 case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

By:    /s/ David G. Cooper
       David G. Cooper
       President and Sole Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Dawson International Investments (Kinross) Inc. |
| United States Bankruptcy Court for the: | Southern    District of New York (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  (Consolidated with affiliated debtors)   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | T: (202) 326-4000 | Estimated Potential Underfunded Pension Liability | Contingent Unliquidated Disputed | | | $ 3,400,000.00 |
| 2 | Herkimer County<br>Office of County Treasurer<br>108 Court Street, Suite 3100<br>Herkimer, NY 13350-2928 | T: (315) 867-1146 | Real Property Taxes | | $ 22,173.18 | unknown | $ 22,173.18 |
| 3 | City of Albemarle<br>Albemarle City Hall<br>144 North 2nd Street<br>Albemarle, NC 28001 | T: (704) 984-9605 | Electric/Water | | | | $ 750.00 |
| 4 | GRM Information Management<br>215 Coles Street<br>Jersey City, NJ 07310 | T: (201) 798-7100 | Record Storage | | | | $ 280.00 |
| 5 | Dawson Forte LLC<br>40 Shawmut Road<br>Canton, MA 02021 | Andrew Bartness<br>T: (781) 467-0170 | Record Storage | | | | $ 275.00 |
| 6 | Safeguard Records<br>One Brussels Street<br>Worcester, MA 01610 | T: (508) 795-1015 | Record Storage | | | | $ 108.00 |
| 7 | North Carolina Department of Environmental Quality<br>1646 Mail Service Center<br>Raleigh, NC 27699 | James Bateson<br>Chief, Superfund Section<br>T: (919) 707-8329<br>james.bateson@ncdenr.gov | Potential Environmental Liability | Contingent Unliquidated Disputed | | | Unknown |
| 8 | New York State Department of Environmental Conservation<br>317 Washington Street<br>Watertown, NY 13601 | Nels G. Magnuson<br>Assistant Regional Attorney, Region 6<br>T: (315) 785-2238 | Potential Environmental Liability | Contingent Unliquidated Disputed | | | Unknown |

Debtor: Dawson International Investments (Kinross) Inc.
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | United States Environmental Protection Agency Region 4  61 Forsyth Street, S.W.  Atlanta, GA 30303-8931 | Bianca N. Jaikaran  Associate Regional Counsel  T: (404) 562-9680  jaikaran.bianca@epa.gov | Potential Environmental Liability | Contingent Unliquidated Disputed | | | Unknown |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name: Dawson International Investments (Kinross) Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 05/26/2016
MM / DD / YYYY

✘ /s/ David G. Cooper
Signature of individual signing on behalf of debtor

David G. Cooper
Printed name

President and Sole Director
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**JOINT RESOLUTIONS OF THE BOARDS OF DIRECTORS OF**

**DAWSON INTERNATIONAL INVESTMENTS (KINROSS) INC.**
**DAWSON INTERNATIONAL PROPERTIES, INC.**
**ILION PROPERTIES, INC.**
**DCC USA INC.**
**DAWSON LUXURY GARMENTS LLC**

**May 26, 2016**

The respective Boards of Directors (collectively, the "Boards")[1] of Dawson International Investments (Kinross) Inc., Dawson International Properties, Inc., Ilion Properties, Inc., DCC USA Inc., and Dawson Luxury Garments LLC (collectively, the "Companies"), convened a special joint meeting on May 26, 2016. The Boards hereby adopt the following resolutions, as actions of the Boards of Directors of the Companies.

**WHEREAS**, after consultation with the Companies' management and their legal and financial advisors, and after review of the applicable bankruptcy documentation and other relevant information, the Boards have determined that it is in the best interests of the Companies and their creditors, shareholders, and other interested parties to file, on behalf of the Companies, voluntary petitions for relief, and commence bankruptcy cases, under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**I.    CHAPTER 11 BANKRUPTCY FILING**

**NOW, THEREFORE BE IT RESOLVED**, that the Directors, President, Vice President and Treasurer of each company, and the Managers of Limited Liability Companies, or such other person as may be designated by the Directors, President or Vice President of such Company (each an "Authorized Representative" and, collectively, the "Authorized Representatives") be, and each of them hereby is, appointed by each Board as an authorized signatory in connection with the chapter 11 proceedings authorized herein; and it is further

**RESOLVED**, that, in the judgment of the Boards, it is desirable and in the best interests of the Companies and their creditors, shareholders, and other interested parties, that Chapter 11 petitions be filed by the Companies seeking relief under the provisions of the Bankruptcy Code, and the filing of such petitions is hereby authorized; and it is further

**RESOLVED**, that the Authorized Representatives be, and each of them hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be executed, verified, and/or filed (or direct others

---

[1] For purposes of these Joint Resolutions, the Boards include the managers of Dawson Luxury Garments LLC.

to do so on their behalf as provided herein) all necessary and appropriate documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, plans, disclosure statements and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants, tax advisors or other professionals and to take any and all action that the Authorized Representatives deem necessary, proper, or desirable in connection with the chapter 11 cases, including any and all action necessary, proper, or desirable in connection with obtaining necessary financing and using cash collateral, if any, including, without limitation, granting liens and other means of adequate protection, with a view to the successful prosecution of such cases; and it is further

**RESOLVED,** that the Authorized Representatives be, and each of them hereby is authorized, directed, and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be executed, verified, and/or filed (or direct others to do so on their behalf as provided herein) all necessary and appropriate documents in connection with the chapter 11 cases or pertaining to any plan and disclosure statement, including those related to: (i) classification of creditors; (ii) treatment of the Companies' prepetition claims; (iii) potential recoveries for creditors; (iv) provisions relating to the disposition of the Companies' assets; (v) treatment of the Companies' pension obligations; and (vi) any releases and indemnification provided under the plan; and it is further

**RESOLVED,** that the Authorized Representatives are, and each of them hereby is, authorized, directed, and empowered to cause the Companies and their professionals to take the foregoing actions, and to execute any and all documents, agreements, consents and other instruments as may be necessary or appropriate to consummate the foregoing, and to cause the Companies to perform such actions, to execute such documents, agreements, consents and other instruments and to pay any expenses related thereto; and it is further

**RESOLVED**, that the law firm of McGuireWoods LLP be, and hereby is, employed to render legal services to, and to represent, the Companies as general bankruptcy and restructuring counsel in connection with the chapter 11 cases and any other related matters and on such terms as any Authorized Representative shall approve; and it is further

**RESOLVED**, that the Authorized Representatives be, and each of them hereby is, authorized, directed, and empowered, on behalf of and in the name of the Companies, to retain any other or additional financial advisors, tax advisors, investment bankers, accountants, auditors, legal counsel, advisors, and other professionals not specifically identified herein, and to cause the Companies to pay appropriate fees to such firms as is permitted in the chapter 11 cases.

III. **MISCELLANEOUS**

**BE IT FURTHER RESOLVED**, that each Authorized Representatives be, and each such Authorized Representative hereby is, authorized to prepare, execute and file all applications, certificates or other documentation for any approvals required as a condition, or necessary or useful to effect or facilitate, the transactions contemplated by the chapter 11 cases; and it is further

**RESOLVED**, that all actions heretofore taken by the officers and directors of the Companies with respect to the chapter 11 cases, the preparation thereof, or any of the foregoing resolutions that is consistent with the purpose and intent of the foregoing resolutions is hereby ratified, confirmed and approved in all respects as the proper act and deed of the Companies; and it is further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Representatives, each of the Authorized Representatives be, and they hereby are, authorized and directed to take or perform or cause to be taken or performed all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Companies, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions; and it is further

**RESOLVED**, that these resolutions shall be effective as of the date written above; and it is further

**RESOLVED**, that the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in the foregoing resolutions or any action taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Representatives to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and intent and purposes of, the foregoing resolutions.

**[Remainder of page intentionally left blank]**

**DAWSON INTERNATIONAL INVESTMENTS (KINROSS) INC.**
**DAWSON INTERNATIONAL PROPERTIES, INC.**
**ILION PROPERTIES, INC.**
**DCC USA INC.**
**DAWSON LUXURY GARMENTS LLC**

<u>**SECRETARY'S CERTIFICATE**</u>

The undersigned, Noah Scooler, Secretary of each of the above-named Companies, hereby certifies on behalf of the Companies, as the Secretary of each of the Companies, and not in any individual capacity as follows:

1. I am the duly qualified and appointed Secretary of the Companies and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Companies.

2. The following person is a duly elected, qualified and acting Director of the Companies (other than the LLC): David G. Cooper

3. Each of the following persons are qualified and acting managers of the LLC: David G. Cooper, James Byrnes

4. Attached hereto is a true and complete copy of the Joint Resolutions of the Board of Directors of the Companies, duly adopted at a properly convened meeting of the Board of Directors of the Companies by unanimous vote of the directors, in accordance with the bylaws of the Companies.

5. Such resolutions have not been amended, altered, annulled, rescinded or resolved in any manner and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 26th day of May, 2016.

                                                         /s/ Noah Scooler
                                                    Noah Scooler
                                                    Secretary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
In re:                                           :   Chapter 11
: 
Dawson International Investments                 :   Case No. 16-_____ (___)
(Kinross) Inc., *et al.*,                        :
: 
      Debtor.                                  :
: 
------------------------------------------------------------X

## ATTACHMENT OF CREDITOR MATRIX

      Included below is the Creditor Matrix in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1).

Dated: May 27, 2016
      New York, New York

         /s/ Patrick L. Hayden
      Patrick L. Hayden
      Nathan S. Greenberg
      McGUIREWOODS LLP
      1345 Avenue of the Americas
      Seventh Floor
      New York, New York 10105
      Telephone:   (212) 548-2148
      Facsimile:    (212) 548-2150
      phayden@mcguirewoods.com
      ngreenberg@mcguirewoods.com

*Proposed Attorneys for the Debtors and Debtors in Possession.*

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

NYC Dept. of Finance
Attn: Legal Affairs
345 Adams Street, 3rd Fl.
Brooklyn, NY 11201

North Carolina Department of Revenue
Post Office Box 871
Raleigh, NC 27602

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Attorney Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

U.S. Trustee's Office Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

SEC New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Social Security Administration
Office of the Regional Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278

U.S. Dept. Health and Human Services
Office of the General Counsel
26 Federal Plaza – Room 3908
New York, NY 10278

Pension Benefit Guaranty Corporation
Corporate Finance and Restructuring Department
1200 K Street, N.W.
Washington, DC 20005-4026

U.S. Environmental Protection Agency
Office of Site Remediation Enforcement
1200 Pennsylvania Ave, N.W.
Mail Code 2272A
Washington, DC 20004-2004

U.S. Environmental Protection Agency Region 4
Office of Regional Counsel
c/o Bianca N. Jaikaran
61 Forsyth Street, S.W.
Atlanta, GA 30303-8931

NYS Department of Environmental Conservation
625 Broadway
Albany, NY 12233

NYS Department of Environmental Conservation
c/o Robert W. Schick, Director
625 Broadway
Albany, NY 12233

NYS Department of Environmental Conservation
c/o Nels G. Magnuson
Assistant Regional Attorney, Region 6
317 Washington Street
Watertown, NY 13601

NC Dept. of Environmental and Natural Resources
Division of Waste Management
Inactive Hazardous Sites Branch
Green Square Complex
217 West Jones Street
Raleigh, North Carolina 27603

NC Department of Environmental Quality
Waste Management
1646 Mail Service Center
Raleigh, NC 27699

NC Department of Environmental Quality
c/o James Bateson
Chief, Superfund Section
1646 Mail Service Center
Raleigh, NC 27699

NC Department of Environmental Quality
Mooresville Regional Office
610 East Center Ave, Suite 301
Mooresville, NC 28115

NC Department of Environmental Quality
Mooresville Regional Office
919 North Main Street
Mooresville, NC 28115

The Village of Ilion
c/o Mayor Terry A. Leonard
49 Morgan St.
Ilion, NY 13357

Carrie Firestone
Co-Founder - The Ilion Project
58 Cold Spring Road
Avon, CT 06001

Herkimer County
Office of County Treasurer
108 Court Street, Suite 3100
Herkimer, NY 13350-2928

City of Albemarle
Albemarle City Hall
144 North 2nd Street
Albemarle, NC 28001

GRM Information Management
215 Coles Street
Jersey City, NJ 07310

Dawson Forte, LLC
c/o Andrew Bartness
40 Shawmut Road
Canton, MA 02021

3

SafeGuard Records
One Brussels Street
Worcester, MA 01610

Uwharrie Storage Center, Inc.
c/o Mr. Charles G. Sheppard
10701 Bowman Barrier Road
Mt. Pleasant, NC 28124

Sara Lee Corporation
Attn: General Counsel
Three First National Plaza
Chicago, IL 60602

The Corporation Trust Incorporated
Re: Sara Lee Corporation
351 West Camden St.
Baltimore, MD 21201

Tyson Foods, Inc.
Re: Sara Lee Corporation
Re: J.E. Morgan Knitting Mills Inc.
2200 W. Don Tyson Parkway
Springdale, AR 72762

Jacobs Douwe Egberts HQ
Re: Sara Lee Corporation
Oosterdoksstraat 80
1011 DK, Amsterdam
The Netherlands

J.E. Morgan Knitting Mills Inc.
P.O. Box 390, RD. 2
Tamaqua, PA 08252

Trelleborg Coated Systems US, Inc.
Re: Reeves Brothers
715 Railroad Ave.
Rutherfordton, NC 28139

Reeves Brothers Inc.
790 Reeves St.
Spartanburg, SC 29301

Beltex Corporation
P.O. Box 749
Belmont, NC 28012

Arrowood, Inc.
P.O. Box 676
Norwood, NC 28128

Saramar, L.L.C.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Ted Russell
201 NC Highway 24/27
Albemarle, NC 28001

Joe Zullo
502 Mitchell Street
Kings Mountain, NC 28086

James D. Byrnes
P.O. Box 706
Natick, MA 01760

David G. Cooper
19 Baberton Crescent
Juniper Green
Edinburgh, Scotland
EH14 5BW
United Kingdom

Blair Carnegie Nimmo
Dawson International plc Administrator
191 West George Street
Glasgow, Scotland
G2 2LJ
United Kingdom

McGuireWoods LLP
c/o Patrick Hayden
1345 Avenue of the Americas, 7th Floor
New York, NY 10105