UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
In re                                                    :    Case No. 16-11551 (JLG)
                                                         :
**DAWSON INTERNATIONAL,**                                :    Chapter 11
**INVESTMENTS (KINROSS) INC.,** *et al.***,**            :
                                                         :    Jointly Administered
                           Debtors.                      :
                                                         :
-------------------------------------------------------- x

## STATEMENT OF THE UNITED STATES TRUSTEE OF INABILITY TO APPOINT OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, respectfully reports as follows:

1. Because no unsecured creditors have agreed to serve on the Official Unsecured Creditors' Committee, at this time the United States Trustee is unable to appoint an Official Unsecured Creditors' Committee in this case, pursuant to 11 U.S.C. § 1102(a).

2. The United States Trustee reserves his right to appoint a committee at a future date if circumstances warrant such appointment.

Dated: New York, New York
      July 1, 2016                       WILLIAM K. HARRINGTON
                                       UNITED STATES TRUSTEE

                             *By:*    */s/ Andrew D. Velez-Rivera*
                                          Trial Attorney
                                          U.S. Federal Office Bldg.
                                          201 Varick Street, Room 1006
                                          New York, New York 10014
                                          Tel. No. (212) 510-0500
                                          Fax. No. (212) 668-2255