# EXHIBIT E

# McGUIREWOODS LLP INVOICES

## MAY 27 – 31, 2016

# McGuireWoods

| | |
|---|---|
| **Mark A. Platt**<br>214.932.6433 | **2000 McKinney Avenue**<br>**Suite 1400**<br>**Dallas, TX 75201** |

June 17, 2016

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. 91890784

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.   54-0505857

Re: **Case Administration**
    **Our File No.:**          2071963-0007

Balance Forward from Prior Invoices:                       $0.00
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:              $11,846.75
      Current Disbursements:          $0.10
      **Current Invoice Total:**              $11,846.85

   Total Balance Due for this Matter:          $11,846.85

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

          McGuireWoods LLP
          Attn: Accounts Receivable
          800 E. Canal Street
          Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**
214.932.6433

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

June 17, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 05/31/16

INVOICE NO.  91890784                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Case Administration
    Our File No.:          2071963-0007

| | | |
|---|---|---:|
| 05/27/16 | Finalize and file petitions and first day pleadings<br>Patrick L. Hayden | 2.00 |
| 05/27/16 | Telephone conference with US Trustee regarding petitions and first day pleadings<br>Patrick L. Hayden | .10 |
| 05/27/16 | Telephone conference with clerk's office regarding petitions and first day pleadings<br>Patrick L. Hayden | .10 |
| 05/27/16 | E-mails with client regarding petitions and first day pleadings<br>Patrick L. Hayden | .30 |
| 05/27/16 | Address service issues<br>Shawn R. Fox | .40 |
| 05/27/16 | Address filing matters<br>Shawn R. Fox | 2.00 |
| 05/27/16 | Finalize and file all petitions and first day motions, send notices<br>Nathan Samuel Greenberg | 8.00 |

Case Administration
File Number: 2071963-0007                                    Page   2
Invoice No. 91890784                                         June 17, 2016

| | | |
|---|---|---|
| 05/31/16 | Conference call with D. Cooper and J. Byrnes regarding administrative matters<br>   Patrick L. Hayden | 1.00 |
| 05/31/16 | Office conference with N. Greenberg regarding case conference order<br>   Patrick L. Hayden | .30 |
| 05/31/16 | Telephone conference with US Trustee's office regarding tax ID number<br>   Patrick L. Hayden | .10 |
| 05/31/16 | Office conference with N. Greenberg regarding bankruptcy schedules<br>   Patrick L. Hayden | 1.00 |
| 05/31/16 | Organize notice, mailings and certificate of service for initial case conference<br>   Nathan Samuel Greenberg | 1.50 |
| 05/31/16 | Call with Debtor on updates after filing petitions and initial motions<br>   Nathan Samuel Greenberg | 1.00 |
| 05/31/16 | Organize first day filing documents, check status and prepare for client call to review bankruptcy filing<br>   Nathan Samuel Greenberg | .60 |
| 05/31/16 | Communications with court about case conference order and telephonic appearance<br>   Nathan Samuel Greenberg | .50 |
| 05/31/16 | Meeting with P. Hayden regarding bankruptcy schedules and initial case conference order<br>   Nathan Samuel Greenberg | 1.00 |
| 05/31/16 | Draft and submit proposed initial case conference order<br>   Nathan Samuel Greenberg | .80 |
| 05/31/16 | Conference with P. Hayden on updates to filing status and next steps<br>   Nathan Samuel Greenberg | .50 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 4.9 | $4,079.25 |
| Shawn R. Fox | $775.00 | 2.4 | $1,860.00 |
| Nathan Samuel Greenberg | $425.00 | 13.9 | $5,907.50 |
| TOTAL FEES | | 21.2 | $11,846.75 |

Case Administration
File Number: 2071963-0007                                    Page    3
Invoice No. 91890784                                         June 17, 2016

Disbursements and Other Expenses:
    Copy Charges                                          $0.10
                                                      _____
        TOTAL EXPENSES                                 $0.10


     Summary of Fees and Expenses:

       Total Fees for Matter:              $11,846.75

       Total Expenses for Matter:              $0.10

       Total for this Invoice:            $11,846.85

# McGuireWoods

**Mark A. Platt**
214.932.6433

2000 McKinney Avenue
Suite 1400
Dallas, TX 75201

June 17, 2016

REMITTANCE COPY
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. 91890785

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Employee Benefits and Pensions**
     Our File No.:          2071963-0010

Balance Forward from Prior Invoices:                    $0.00
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                    $249.75
     Current Disbursements:             $0.00
     **Current Invoice Total:**                    $249.75

     Total Balance Due for this Matter:            $249.75

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

          McGuireWoods LLP
          Attn: Accounts Receivable
          800 E. Canal Street
          Richmond, VA 23219-3916

     **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**
214.932.6433

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

June 17, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 05/31/16

INVOICE NO. 91890785                                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employee Benefits and Pensions
   Our File No.:          2071963-0010

05/31/16 E-mails with M. Jane regarding filing                    .30
         information
            Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 0.3 | $249.75 |
| TOTAL FEES | | 0.3 | $249.75 |

### Summary of Fees and Expenses:

Total Fees for Matter:                          $249.75

Total Expenses for Matter:                      $0.00

Total for this Invoice:                         $249.75

# McGUIREWOODS LLP INVOICES

## JUNE 1 – 30, 2016

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91899803

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Case Administration**
    **Our File No.:**        **2071963-0007**

Balance Forward from Prior Invoices:        $11,846.85
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:        $68,455.00
    Current Disbursements:    $9,017.54
    **Current Invoice Total:**        $77,472.54

    Total Balance Due for this Matter:    $89,319.39

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

      McGuireWoods LLP
      Attn: Accounts Receivable
      800 E. Canal Street
      Richmond, VA 23219-3916

    **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                           **2000 McKinney Avenue**
**214 932 6433**                                            **Suite 1400**
                                                            **Dallas, TX 75201**


                                                      July 21, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760
                                              Bill Through: 06/30/16


INVOICE NO.  91899803                          TAX ID NO. 54-0505857


     FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Case Administration
    Our File No.:            2071963-0007


06/01/16  E-mail client regarding initial hearing              .30
          Patrick L. Hayden

06/01/16  Office conference with N. Greenberg regarding        .50
          preparation of bankruptcy schedules
          Patrick L. Hayden

06/01/16  Address amended petition for Dawson Forte            .20
          regarding tax ID number
          Patrick L. Hayden

06/01/16  Analyze issues regarding tax ID number and           .30
          petition
          Sarah B. Boehm

06/01/16  Conference with P. Hayden on schedules and          1.50
          revisions
          Nathan Samuel Greenberg

06/01/16  Research on amended petition for Dawson Luxury      1.00
          Garments and communication with court clerk on
          same
          Nathan Samuel Greenberg

06/01/16  Draft and revise Debtors' schedules A/B            4.00
          Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                          Page   2
Invoice No. 91899803                               July 21, 2016

06/02/16 Conference call with client regarding              1.00
         bankruptcy schedules and US Trustee issues
            Patrick L. Hayden

06/02/16 Office conference with N. Greenberg regarding       .40
         schedules
            Patrick L. Hayden

06/02/16 Office conference with N. Greenberg regarding       .30
         amended petition
            Patrick L. Hayden

06/02/16 Conference call with client team regarding         1.00
         initial case matters
            Mark A. Platt

06/02/16 Meet with P. Hayden regarding cash management       .80
         and intercompany issues.
            Shawn R. Fox

06/02/16 Communications with court about revised bar         .80
         date filing and refile bar date motion
            Nathan Samuel Greenberg

06/02/16 Status call with clients about bankruptcy          1.00
         filing remaining issues and schedules
            Nathan Samuel Greenberg

06/02/16 Draft and revise debtors' schedules               2.50
            Nathan Samuel Greenberg

06/02/16 Conference with P. Hayden on revised petition       .50
         and revised bar date filing
            Nathan Samuel Greenberg

06/02/16 File revised petition for debtor Dawson Luxury      .50
         Garments
            Nathan Samuel Greenberg

06/02/16 Conference with P. Hayden on revised debtors'       .70
         schedules
            Nathan Samuel Greenberg

06/03/16 Telephone conference with US Trustee regarding      .20
         DIP accounts
            Patrick L. Hayden

06/03/16 E-mail client regarding DIP accounts                .20
            Patrick L. Hayden

Case Administration
File Number: 2071963-0007                                    Page   3
Invoice No. 91899803                                     July 21, 2016

06/03/16 Office conference with N. Greenberg regarding      1.00
         bankruptcy schedules
           Patrick L. Hayden

06/03/16 E-mail client regarding bankruptcy schedules        .30
           Patrick L. Hayden

06/03/16 Draft and revise debtors' schedules A/B, D and     3.30
         G
           Nathan Samuel Greenberg

06/03/16 Conference on debtors' schedules with P. Hayden    1.00
           Nathan Samuel Greenberg

06/05/16 Prepare bankruptcy schedules                        .50
           Patrick L. Hayden

06/05/16 Analyze issues regarding schedules of assets        .40
         and liabilities
           Sarah B. Boehm

06/05/16 Telephone conference with P. Hayden regarding       .40
         schedules of assets and liabilities
           Sarah B. Boehm

06/05/16 Draft and revise Debtors' schedules E/F with P.    8.00
         Hayden
           Nathan Samuel Greenberg

06/06/16 Prepare schedules and SOFAs                        1.00
           Patrick L. Hayden

06/06/16 Office conference with N. Greenberg regarding      1.00
         preparation of schedules and SOFAs
           Patrick L. Hayden

06/06/16 E-mails with client regarding schedules and         .40
         SOFAs
           Patrick L. Hayden

06/06/16 Research regarding global notes for schedules       .30
         and statements
           Sarah B. Boehm

06/06/16 Revise schedules E/F                               2.00
           Nathan Samuel Greenberg

06/06/16 Prepare and compile draft schedules               1.50
           Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                                    Page    4
Invoice No. 91899803                                         July 21, 2016

06/06/16 Draft schedules H for debtors                       3.50
         Nathan Samuel Greenberg

06/06/16 Draft statement of equity holders for debtors        .70
         Nathan Samuel Greenberg

06/06/16 Conference with P. Hayden to review schedules       1.30
         revisions
         Nathan Samuel Greenberg

06/07/16 Conference call with client regarding schedules     1.00
         and SOFAs
         Patrick L. Hayden

06/07/16 Prepare schedules and SOFAs and global notes        1.00
         Patrick L. Hayden

06/07/16 Review deliverables for United States Trustee        .30
         Patrick L. Hayden

06/07/16 Call with client to discuss schedules and           1.00
         statement of financial affairs
         Nathan Samuel Greenberg

06/07/16 Draft and revise Debtors' schedules                 6.00
         Nathan Samuel Greenberg

06/07/16 Review and revise debtors' schedules with P.        1.50
         Hayden
         Nathan Samuel Greenberg

06/08/16 Prepare schedules                                   1.00
         Patrick L. Hayden

06/08/16 Prepare statements of financial affairs             1.00
         Patrick L. Hayden

06/08/16 E-mails with client regarding schedules and          .40
         statements of financial affairs
         Patrick L. Hayden

06/08/16 Work with P. Hayden to revise debtors'              3.30
         schedules of assets and liabilities
         Nathan Samuel Greenberg

06/08/16 Revise debtors schedules                            2.20
         Nathan Samuel Greenberg

06/08/16 Review debtors' schedules with P. Hayden             .80
         Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                                    Page   5
Invoice No. 91899803                                         July 21, 2016

06/09/16 Conference call with client regarding schedules    1.30
         and statement of financial affairs
             Patrick L. Hayden

06/09/16 Prepare schedules and statements                   1.50
             Patrick L. Hayden

06/09/16 Review US Trustee requirements                      .30
             Patrick L. Hayden

06/09/16 Call with clients to discuss changes to            1.30
         schedules and SOFAs
             Nathan Samuel Greenberg

06/09/16 Final revisions to Debtors' schedules, SOFAs,      5.00
         list of equity holders, summary of assets and
         liabilities and declarations
             Nathan Samuel Greenberg

06/10/16 Prepare and file schedules and statements of       1.50
         financial affairs
             Patrick L. Hayden

06/10/16 Address insurance issues                            .30
             Patrick L. Hayden

06/10/16 Finalize and file Debtors' schedules and SOFAs     4.00
             Nathan Samuel Greenberg

06/10/16 Draft and file disclosure of attorney             2.50
         compensation
             Nathan Samuel Greenberg

06/12/16 Modifications to orders from UST edits              .50
             Nathan Samuel Greenberg

06/13/16 Review and compile documents for delivery to US   1.00
         Trustee under Guidelines
             Patrick L. Hayden

06/13/16 Prepare orders on first day pleadings              .50
             Patrick L. Hayden

06/13/16 Review Debtors' tax credits with P. Hayden         .40
             Nathan Samuel Greenberg

06/13/16 Update creditor matrix from information on the      .30
         schedules
             Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                                        Page    6
Invoice No. 91899803                                             July 21, 2016

06/14/16 Conference call with client regarding              1.00
         deliverables to United States Trustee and
         monthly operating reports
         Patrick L. Hayden

06/14/16 Call with clients on tax credits and UST           1.00
         monthly reports
         Nathan Samuel Greenberg

06/14/16 Update orders on inital motions with UST            .60
         changes
         Nathan Samuel Greenberg

06/15/16 Review orders on initial motions and e-mail US      .40
         Trustee regarding same
         Patrick L. Hayden

06/16/16 Conference call with client regarding status of     .50
         pending matters
         Patrick L. Hayden

06/16/16 Prepare orders for June 22 hearing                  .30
         Patrick L. Hayden

06/16/16 Status calls with clients and P. Hayden on         1.00
         progress and updates to case
         Nathan Samuel Greenberg

06/17/16 Telephone conference with US Trustee regarding      .10
         pending motions
         Patrick L. Hayden

06/17/16 E-mail client regarding US Trustee Guidelines       .40
         and pending motions
         Patrick L. Hayden

06/17/16 Changes to the bar date order and bar date          .70
         notice to reflect UST requests
         Nathan Samuel Greenberg

06/19/16 Preparation for hearing on initial pleadings        .70
         Patrick L. Hayden

06/20/16 E-mails with client regarding pending motions       .30
         Patrick L. Hayden

06/20/16 Prepare for hearings on initial motions             .80
         Patrick L. Hayden

Case Administration
File Number: 2071963-0007                                    Page   7
Invoice No. 91899803                                         July 21, 2016

06/21/16 Meeting with client regarding hearing on            .50
         initial motions
             Patrick L. Hayden

06/21/16 Prepare for hearing on initial motions            1.00
             Patrick L. Hayden

06/21/16 Meeting with client to prepare for initial          .50
         hearings and 341
             Nathan Samuel Greenberg

06/21/16 Prepare documents and blacklines for initial      1.50
         hearings and 341 meeting
             Nathan Samuel Greenberg

06/22/16 Attend court hearings on initial motions          2.00
             Patrick L. Hayden

06/22/16 Meeting with D. Cooper regarding initial            .50
         motions
             Patrick L. Hayden

06/22/16 Telephone conference with J. Byrnes regarding       .50
         initial motions
             Patrick L. Hayden

06/22/16 Prepare for and attend court hearing on initial   2.00
         motions and 341 hearing
             Nathan Samuel Greenberg

06/22/16 Changes to first day orders to send to Judge        .70
         for entry
             Nathan Samuel Greenberg

06/22/16 Call with clients to update on first day            .50
         hearings and 341 meeting
             Nathan Samuel Greenberg

06/22/16 Meeting with client to discuss first day            .50
         hearing and 341 prep
             Nathan Samuel Greenberg

06/23/16 Office conference with N. Greenberg regarding       .50
         finalization of orders on June 22 hearings
             Patrick L. Hayden

06/23/16 Address issues on bar date notice and               .30
         publication
             Patrick L. Hayden

Case Administration
File Number: 2071963-0007                                    Page   8
Invoice No. 91899803                                         July 21, 2016

06/23/16 Changes to publication notice based on judge          .50
         comments
             Nathan Samuel Greenberg

06/23/16 Draft and revise notice of continued case           1.50
         conference and final order on cash management
             Nathan Samuel Greenberg

06/23/16 Research newspapers to use for North Carolina         .60
         publication notice
             Nathan Samuel Greenberg

06/23/16 Coordinate with newspapers and send draft of        1.30
         publication notice to newspapers
             Nathan Samuel Greenberg

06/23/16 Review newspaper formatting of publication            .50
         notice
             Nathan Samuel Greenberg

06/23/16 Coordinate with P. Hayden on notices for case         .80
         conference, final cash management hearing and
         ordinary course professional retention and
         mailing of notices
             Nathan Samuel Greenberg

06/23/16 Prepare and send all orders and blacklines on       1.00
         initial motions to chambers
             Nathan Samuel Greenberg

06/24/16 Draft notice regarding cash management order          .20
             Patrick L. Hayden

06/24/16 E-mails with client regarding entered orders          .50
         and bar date notice
             Patrick L. Hayden

06/24/16 Coordinate with newspapers on publication           1.50
         notice
             Nathan Samuel Greenberg

06/24/16 Review and compile new filed docs including           .50
         orders
             Nathan Samuel Greenberg

06/27/16 Address issues on cash management motion final        .40
         hearing
             Patrick L. Hayden

06/27/16 Finalize and file bar date notice                     .70
             Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                           Page   9
Invoice No. 91899803                                July 21, 2016

06/27/16 Coordinate with P. Hayden and newspapers on       1.50
         publication notice
             Nathan Samuel Greenberg

06/27/16 File notice of final cash management hearing       .60
         and case conference
             Nathan Samuel Greenberg

06/27/16 Review all filed schedules and SOFAs to update    3.00
         creditor mailing list and finalize updated
         creditor mailing list
             Nathan Samuel Greenberg

06/27/16 Coordinate and mail notice of bar date to all     1.50
         potential creditors
             Nathan Samuel Greenberg

06/28/16 Conference with P. Hayden about case updates       .80
         and updated creditor lists
             Nathan Samuel Greenberg

06/28/16 Update creditor mailing list                       .70
             Nathan Samuel Greenberg

06/28/16 Organize, finalize, review newspaper              2.00
         publication of bar date notice
             Nathan Samuel Greenberg

06/29/16 Conference call with client regarding             .70
         bankruptcy status
             Patrick L. Hayden

06/29/16 Research on alternate addresses for creditors     2.00
         and owners of properties
             Nathan Samuel Greenberg

06/29/16 Coordinate with P. Hayden on updated creditor     1.20
         lists
             Nathan Samuel Greenberg

06/29/16 Status call with clients on case updates           .70
             Nathan Samuel Greenberg

06/30/16 Organize supplemental list of creditors and       2.50
         send supplemental mailing of bar date notice
             Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                         Page  10
Invoice No. 91899803                              July 21, 2016

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 30.0 | $24,975.00 |
| Shawn R. Fox | $775.00 | 0.8 | $620.00 |
| Mark A. Platt | $725.00 | 1.0 | $725.00 |
| Sarah B. Boehm | $650.00 | 1.4 | $910.00 |
| Nathan Samuel Greenberg | $425.00 | 97.0 | $41,225.00 |
| TOTAL FEES | | 130.2 | $68,455.00 |

Disbursements and Other Expenses:

| | | |
|---|---|---|
| | Copy Charges | $55.00 |
| | Postal Service Charges | $317.54 |
| 06/06/16 | Filing Fees, Voluntary Petition, Ilion Properties, Inc., on 05/27/2016 | $1,717.00 |
| 06/06/16 | Filing Fees, Voluntary Petition, Dawson International Investments (Kinross) Inc., on 05/27/2016 | $1,717.00 |
| 06/06/16 | Filing Fees, Voluntary Petition, Dawson International Properties, Inc., on 05/27/2016 | $1,717.00 |
| 06/06/16 | Filing Fees, Voluntary Petition, DCC USA, Inc., on 05/27/2016 | $1,717.00 |
| 06/06/16 | Filing Fees, Voluntary Petition, Dawson Luxury Garments, LLC, on 05/27/2016 | $1,717.00 |
| 05/27/16 | Secretarial Overtime Charges | $60.00 |
| | TOTAL EXPENSES | $9,017.54 |

Summary of Fees and Expenses:

Total Fees for Matter:        $68,455.00

Total Expenses for Matter:     $9,017.54

Total for this Invoice:       $77,472.54

# MCGUIREWOODS

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

### REMITTANCE COPY
### PLEASE RETURN WITH PAYMENT
### DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. 91899804

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Employee Benefits and Pensions**
**Our File No.:        2071963-0010**

Balance Forward from Prior Invoices:                $249.75
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                 $8,791.75
    Current Disbursements:            $0.00
    **Current Invoice Total:**                $8,791.75

    Total Balance Due for this Matter:           $9,041.50

      PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        800 E. Canal Street
        Richmond, VA 23219-3916

      **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# M<small>C</small>G<small>UIRE</small>W<small>OODS</small>

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 06/30/16

**INVOICE NO.  91899804**                    **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employee Benefits and Pensions**
    **Our File No.:          2071963-0010**

| | | |
|---|---|---|
| 06/02/16 | Telephone conference with B. Stevenson regarding pension issues<br>    Patrick L. Hayden | .30 |
| 06/07/16 | Emails regarding PBGC inquiries and replies concerning pension and controlled group (.2); review bankruptcy declaration (.2)<br>    James P. McElligott Jr. | .40 |
| 06/07/16 | E-mails with J. McElligott regarding pension issues<br>    Patrick L. Hayden | .30 |
| 06/08/16 | E-mails with client and B. Stevenson regarding pension plan<br>    Patrick L. Hayden | .30 |
| 06/09/16 | E-mails with B. Stevenson regarding pension issues<br>    Patrick L. Hayden | .30 |
| 06/10/16 | Emails regarding response to inquiry from PBGC (.2);<br>    James P. McElligott Jr. | .20 |

Employee Benefits and Pensions
File Number: 2071963-0010                                    Page   2
Invoice No. 91899804                                         July 21, 2016

06/10/16 E-mail PBGC regarding case filing                      .30
         Patrick L. Hayden

06/17/16 Research for motion on pension termination             .70
         Nathan Samuel Greenberg

06/20/16 Telephone conference with PBGC attorneys              1.00
         regarding background and pension plan
         Patrick L. Hayden

06/23/16 E-mail from PBGC regarding pension plan                .30
         information
         Patrick L. Hayden

06/23/16 E-mail to Butzel and Client regarding PBGC            .30
         request
         Patrick L. Hayden

06/23/16 Telephone conference with M. Jane regarding           .20
         PBGC issues
         Patrick L. Hayden

06/29/16 Confer with P. Hayden regarding PBGC                   .80
         discussions and quarterly funding obligation
         and review same
         James P. McElligott Jr.

06/29/16 Review issues on pension plan payment                 .50
         Patrick L. Hayden

06/29/16 Telephone conference with M. Jane regarding           .20
         pension plan issues and PBGC information
         request
         Patrick L. Hayden

06/29/16 Telephone conference with J. McElligott               .20
         regarding pension plan
         Patrick L. Hayden

06/29/16 Research pension payments                            1.30
         Nathan Samuel Greenberg

06/30/16 Review issues on pension plan quarterly payment       .50
         Patrick L. Hayden

06/30/16 Draft motion for authority to pay pension plan        .80
         quarterly payment
         Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                                    Page   3
Invoice No. 91899804                                         July 21, 2016

06/30/16 Draft motion to shorten notice of motion to pay        .80
         pension plan quarterly payment
           Patrick L. Hayden

06/30/16 Telephone conference with M. Jane, pension             .30
         counsel, regarding motion to pay pension plan
         quarterly payment
           Patrick L. Hayden

06/30/16 Telephone conference with J. Byrnes regarding          .30
         motion to pay pension plan quarterly payment
           Patrick L. Hayden

06/30/16 Research authority to pay pension contribution        2.70
         on shortened time
           Nathan Samuel Greenberg

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 6.9 | $5,744.25 |
| James P. McElligott Jr. | $750.00 | 1.4 | $1,050.00 |
| Nathan Samuel Greenberg | $425.00 | 4.7 | $1,997.50 |
| TOTAL FEES | | 13.0 | $8,791.75 |

Summary of Fees and Expenses:

Total Fees for Matter:              $8,791.75

Total Expenses for Matter:              $0.00

Total for this Invoice:             $8,791.75

# M<small>C</small>G<small>UIRE</small>W<small>OODS</small>

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91899805

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Employment and Fee Applications**
     **Our File No.:          2071963-0011**


Balance Forward from Prior Invoices:                    $0.00
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:              $11,901.50
     Current Disbursements:          $0.00
     **Current Invoice Total:**              $11,901.50

     Total Balance Due for this Matter:        $11,901.50


        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

             McGuireWoods LLP
             Attn: Accounts Receivable
             800 E. Canal Street
             Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                    **2000 McKinney Avenue**
**214 932 6433**                                     **Suite 1400**
                                                     **Dallas, TX 75201**


                                          July 21, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760
                                          Bill Through: 06/30/16


**INVOICE NO.  91899805**                    **TAX ID NO. 54-0505857**


    **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
    **Our File No.:**          **2071963-0011**


06/01/16 Prepare McGuireWoods employment application          .70
         Patrick L. Hayden

06/02/16 Prepare employment application                      1.00
         Patrick L. Hayden

06/02/16 Meet with P. Hayden regarding retention              .40
         matters.
         Shawn R. Fox

06/03/16 Meet with P. Hayden regarding retention             1.20
         matters.
         Shawn R. Fox

06/05/16 Prepare employment application                       .50
         Patrick L. Hayden

06/06/16 Prepare employment application                       .60
         Patrick L. Hayden

06/06/16 Confer with P. Hayden regarding employment           .60
         application
         Mark A. Platt

06/07/16 Prepare employment application                       .50
         Patrick L. Hayden

Employment and Fee Applications
File Number: 2071963-0011                                    Page    2
Invoice No. 91899805                                         July 21, 2016

06/08/16 Prepare employment application                        .30
         Patrick L. Hayden

06/09/16 E-mail US Trustee regarding ordinary course           .20
         professionals
         Patrick L. Hayden

06/10/16 Prepare employment application                        .30
         Patrick L. Hayden

06/14/16 Prepare employment application and e-mail to          .40
         United States Trustee regarding same
         Patrick L. Hayden

06/14/16 Call tax advisors about professional retention        .30
         Nathan Samuel Greenberg

06/14/16 Draft proposed order for employment application      1.20
         Nathan Samuel Greenberg

06/15/16 E-mails with N. Greenberg regarding Deloitte          .30
         application
         Patrick L. Hayden

06/15/16 Telephone conference with Butzel Long regarding       .20
         application
         Patrick L. Hayden

06/15/16 Speak to tax advisor about retention app and          .60
         send list for conflicts
         Nathan Samuel Greenberg

06/16/16 Revise ordinary course professionals order with       .30
         UST changes
         Nathan Samuel Greenberg

06/17/16 Telephone conference and e-mails with US              .20
         Trustee regarding employment application
         Patrick L. Hayden

06/17/16 Office conference with N. Greenberg regarding         .30
         filing employment application
         Patrick L. Hayden

06/19/16 Prepare employment application                        .30
         Patrick L. Hayden

06/20/16 File employment application                           .80
         Patrick L. Hayden

Employment and Fee Applications
File Number: 2071963-0011                                  Page   3
Invoice No. 91899805                                       July 21, 2016

06/20/16 Final revisions to employment application,          3.30
         order and exhibits
           Nathan Samuel Greenberg

06/20/16 File employment applications on presentment         2.30
           Nathan Samuel Greenberg

06/23/16 Draft notice regarding Butzel retention              .20
           Patrick L. Hayden

06/23/16 E-mails with Butzel regarding retention              .20
           Patrick L. Hayden

06/24/16 Draft and serve notice of Butzel retention          .20
           Patrick L. Hayden

06/29/16 Prepare supplemental declaration regarding          .50
         employment application
           Patrick L. Hayden

06/29/16 Telephone conference with US Trustee regarding      .20
         ordinary course professionals and supplemental
         declaration
           Patrick L. Hayden

06/30/16 Prepare supplemental declaration                    .30
           Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Patrick L. Hayden | $832.50 | 8.2 | $6,826.50 |
| Shawn R. Fox | $775.00 | 1.6 | $1,240.00 |
| Mark A. Platt | $725.00 | 0.6 | $435.00 |
| Nathan Samuel Greenberg | $425.00 | 8.0 | $3,400.00 |
| TOTAL FEES | | 18.4 | $11,901.50 |

Summary of Fees and Expenses:

          Total Fees for Matter:             $11,901.50

          Total Expenses for Matter:              $0.00

          Total for this Invoice:           $11,901.50

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Mark A. Platt**                                      **2000 McKinney Avenue**
**214 932 6433**                                      **Suite 1400**
                                                       **Dallas, TX 75201**

July 21, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

                                                    INVOICE NO. 91899806

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                            TAX ID NO.  54-0505857

**Re: Meetings and Communications with Creditors**
**    Our File No.:            2071963-0015**


Balance Forward from Prior Invoices:                      $0.00
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                    $9,291.50
      Current Disbursements:               $0.00
      **Current Invoice Total:**                      $9,291.50

   Total Balance Due for this Matter:                 $9,291.50


        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

             McGuireWoods LLP
             Attn: Accounts Receivable
             800 E. Canal Street
             Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                       **2000 McKinney Avenue**
**214 932 6433**                                        **Suite 1400**
                                                        **Dallas, TX 75201**


                                                        July 21, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                        Bill Through: 06/30/16


<u>INVOICE NO.  91899806</u>                           <u>TAX ID NO. 54-0505857</u>


      FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

**Re: Meetings and Communications with Creditors**
     **Our File No.:            2071963-0015**


06/01/16 Review 341 meeting date on docket and              .50
         communicate notice to clients
         Nathan Samuel Greenberg

06/08/16 Telephone conference with city of Albemarle        .10
         regarding utilities
         Patrick L. Hayden

06/10/16 Telephone conference with US Trustee regarding     .20
         creditors meeting and initial pleadings
         Patrick L. Hayden

06/13/16 E-mails with US Trustee regarding creditors        .20
         meeting
         Patrick L. Hayden

06/13/16 Prepare notice of rescheduled creditors meeting    .30
         Patrick L. Hayden

06/13/16 Telephone conference with City of Albemarle        .20
         regarding utility issue
         Patrick L. Hayden

06/13/16 Draft and file notice to reschedule 341 meeting   2.50
         Nathan Samuel Greenberg

Meetings and Communications with Creditors
File Number: 2071963-0015                                    Page    2
Invoice No. 91899806                                         July 21, 2016

06/13/16 Supervise mailings to all creditors, court and        1.80
         UST of notice of new 341 date and send to
         clients
             Nathan Samuel Greenberg

06/13/16 Draft and file certificate of service of notice       1.00
         of new 341 date
             Nathan Samuel Greenberg

06/15/16 E-mail EPA regarding status and creditors              .10
         meeting
             Patrick L. Hayden

06/15/16 E-mail PBGC regarding creditors meeting                .10
             Patrick L. Hayden

06/16/16 E-mails with EPA regarding bankruptcy filing           .30
             Patrick L. Hayden

06/20/16 E-mail with EPA regarding claims                       .10
             Patrick L. Hayden

06/21/16 Meeting with client regarding creditors meeting        .50
             Patrick L. Hayden

06/21/16 Prepare for creditors meeting                         1.00
             Patrick L. Hayden

06/22/16 Attend creditors meeting                               .70
             Patrick L. Hayden

06/24/16 E-mails with EPA counsel regarding telephone           .20
         conference
             Patrick L. Hayden

06/24/16 Address issues on bar date notice and                  .50
         publication
             Patrick L. Hayden

06/27/16 Prepare service of bar date notice on creditors       1.00
         lists
             Patrick L. Hayden

06/27/16 E-mails with client regarding issues on bar            .30
         date notice
             Patrick L. Hayden

06/27/16 E-mails with client regarding call with EPA            .30
             Patrick L. Hayden

Meetings and Communications with Creditors
File Number: 2071963-0015                                      Page   3
Invoice No. 91899806                                          July 21, 2016

06/27/16 Prepare for call with EPA                                .40
         Patrick L. Hayden

06/28/16 Telephone conference with EPA regarding Kings            .70
         Mountain issues
         Patrick L. Hayden

06/28/16 Telephone conference with J. Byrnes regarding            .20
         Kings Mountain
         Patrick L. Hayden

06/28/16 Telephone conference with J. Byrnes regarding            .20
         bar date notice publication
         Patrick L. Hayden

06/28/16 Office conference with N. Greenberg regarding            .30
         bar date notice and service
         Patrick L. Hayden

06/29/16 Address service of bar date notice                       .30
         Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 8.2 | $6,826.50 |
| Nathan Samuel Greenberg | $425.00 | 5.8 | $2,465.00 |
| TOTAL FEES | | 14.0 | $9,291.50 |

Summary of Fees and Expenses:

Total Fees for Matter:              $9,291.50

Total Expenses for Matter:              $0.00

Total for this Invoice:             $9,291.50

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91899807

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Real Estate**
    **Our File No.:**              **2071963-0018**


Balance Forward from Prior Invoices:                    $0.00
    *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                  $249.75
    Current Disbursements:           $0.00
    **Current Invoice Total:**                    $249.75

    Total Balance Due for this Matter:            $249.75


        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 06/30/16

**INVOICE NO.  91899807**                    **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Real Estate**
   **Our File No.:**          **2071963-0018**

06/16/16 Review e-mails regarding Ilion property          .30
         Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Patrick L. Hayden | $832.50 | 0.3 | $249.75 |
| TOTAL FEES | | 0.3 | $249.75 |

Summary of Fees and Expenses:

        Total Fees for Matter:          $249.75

        Total Expenses for Matter:        $0.00

        Total for this Invoice:         $249.75

# McGUIREWOODS

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

July 21, 2016

### REMITTANCE COPY
### PLEASE RETURN WITH PAYMENT
### DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. 91899808

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Reporting**
    **Our File No.:**           **2071963-0020**

Balance Forward from Prior Invoices:                $0.00
   **(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)**

Current Invoice:
    Current Fees:              $3,618.75
    Current Disbursements:        $0.00
    **Current Invoice Total:**           $3,618.75

   Total Balance Due for this Matter:      $3,618.75

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

     McGuireWoods LLP
     Attn: Accounts Receivable
     800 E. Canal Street
     Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                                      **2000 McKinney Avenue**
**214 932 6433**                                                      **Suite 1400**
                                                                       **Dallas, TX 75201**


                                                                       July 21, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                                       Bill Through: 06/30/16


**INVOICE NO.  91899808**                              **TAX ID NO. 54-0505857**


        **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Reporting**
        **Our File No.:**              **2071963-0020**


06/13/16  E-mails with client regarding monthly operating        .50
          reports
            Patrick L. Hayden

06/13/16  Review issues on monthly operating reports             .50
            Patrick L. Hayden

06/14/16  Review and revise draft monthly operating            1.30
          reports and e-mails with client regarding same
            Patrick L. Hayden

06/14/16  Analyze issues and emails regarding monthly            .30
          operating reports
            Sarah B. Boehm

06/15/16  Review monthly operating report                        .70
            Patrick L. Hayden

06/15/16  Telephone conference and e-mails with D. Cooper        .50
          regarding monthly operating report
            Patrick L. Hayden

06/15/16  Review, compile and file monthly operating           1.20
          report
            Nathan Samuel Greenberg

Reporting
File Number: 2071963-0020                               Page    2
Invoice No. 91899808                                    July 21, 2016

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 3.5 | $2,913.75 |
| Sarah B. Boehm | $650.00 | 0.3 | $195.00 |
| Nathan Samuel Greenberg | $425.00 | 1.2 | $510.00 |
| TOTAL FEES | | 5.0 | $3,618.75 |

Summary of Fees and Expenses:

Total Fees for Matter:              $3,618.75

Total Expenses for Matter:             $0.00

Total for this Invoice:            $3,618.75

# McGUIREWOODS LLP INVOICES

## JULY 1 – 31, 2016

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911117

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Case Administration**
**Our File No.:**           **2071963-0007**

Balance Forward from Prior Invoices:               $89,319.39
    *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:             $15,952.75
    Current Disbursements:        $464.84
    **Current Invoice Total:**                 $16,417.59

   Total Balance Due for this Matter:          $105,736.98

        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 07/31/16

INVOICE NO.  91911117                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Case Administration
    Our File No.:          2071963-0007

07/01/16 Address issues on newspaper publication of bar        .30
         date notice
             Patrick L. Hayden

07/01/16 Coordinate with newspapers on receipts from          .50
         publication notice
             Nathan Samuel Greenberg

07/05/16 Prepare notice regarding cash management motion       .30
             Patrick L. Hayden

07/05/16 Office conference with S. Fox and N. Greenberg        .40
         regarding notice regarding cash management
         motion
             Patrick L. Hayden

07/05/16 Office conference with N. Greenberg regarding         .40
         schedules
             Patrick L. Hayden

07/05/16 Prepare publication notice affadavits                .30
             Nathan Samuel Greenberg

07/05/16 Multiple conferences with P. Hayden re final        3.50
         cash management order, and creditor matrix
             Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                              Page    2
Invoice No. 91911117                               August 19, 2016

| Date | Description | Hours |
|---|---|---|
| 07/05/16 | Draft and revise notice of presentment for final cash management order<br>Nathan Samuel Greenberg | 1.50 |
| 07/06/16 | Conference call with client regarding status<br>Patrick L. Hayden | .50 |
| 07/06/16 | Office conference with N. Greenberg regarding cash management notice<br>Patrick L. Hayden | .50 |
| 07/06/16 | Revise notice of presentment and order on cash management<br>Nathan Samuel Greenberg | 2.00 |
| 07/06/16 | Call with clients on status updates<br>Nathan Samuel Greenberg | .50 |
| 07/06/16 | Revise service list<br>Nathan Samuel Greenberg | 1.30 |
| 07/07/16 | E-mails regarding final order on cash management motion<br>Patrick L. Hayden | .20 |
| 07/07/16 | Office conference with N. Greenberg regarding amended schedules<br>Patrick L. Hayden | .30 |
| 07/07/16 | Meet with N. Greenberg regarding cash management<br>Shawn R. Fox | .30 |
| 07/07/16 | Meet with P. Hayden regarding cash management issues<br>Shawn R. Fox | .40 |
| 07/08/16 | Correspondence with clients<br>Nathan Samuel Greenberg | .40 |
| 07/13/16 | Contact newspapers to get publication affidavits<br>Nathan Samuel Greenberg | .20 |
| 07/19/16 | Status call with client<br>Patrick L. Hayden | 1.00 |
| 07/19/16 | Conference call with client<br>Mark A. Platt | 1.00 |

Case Administration
File Number: 2071963-0007                                    Page   3
Invoice No. 91911117                                         August 19, 2016

07/19/16 Call with clients on case updates                   1.00
         Nathan Samuel Greenberg

07/19/16 Update mailing list                                 1.00
         Nathan Samuel Greenberg

07/20/16 Send final cash management order to chambers         .40
         for presentment
         Nathan Samuel Greenberg

07/21/16 Conference w P. Hayden on case updates               .50
         Nathan Samuel Greenberg

07/22/16 Conference with P. Hayden on bar date mailing        .50
         updates and revising creditor lists
         Nathan Samuel Greenberg

07/22/16 Coordinate and send bar date notices and file        .80
         certificates of service
         Nathan Samuel Greenberg

07/25/16 Analyze issues regarding bar date order              .30
         Sarah B. Boehm

07/26/16 Call with chambers about filing revised matrix       .60
         and research on same
         Nathan Samuel Greenberg

07/26/16 Work with paralegal on preparing publication         .30
         affidavits
         Nathan Samuel Greenberg

07/26/16 Prepare newspaper affidavits for N. Greenberg        .60
         to file with the Bankruptcy Court
         Candy M. Guerrero

07/27/16 Telephone conference with client regarding          1.00
         bankruptcy status
         Patrick L. Hayden

07/27/16 Call with client regarding recent developments      1.00
         Mark A. Platt

07/27/16 Call with clients and updates                       1.00
         Nathan Samuel Greenberg

07/27/16 Compile publication affidavits                       .40
         Nathan Samuel Greenberg

Case Administration
File Number: 2071963-0007                          Page    4
Invoice No. 91911117                               August 19, 2016

07/28/16 Address publication notice affidavit filing          .30
         with P. Hayden
             Nathan Samuel Greenberg

07/31/16 Office conference with N. Greenberg regarding        1.00
         amended schedules
             Patrick L. Hayden

07/31/16 Address revised schedules with P. Hayden            3.50
             Nathan Samuel Greenberg

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 5.9 | $4,911.75 |
| Shawn R. Fox | $775.00 | 0.7 | $542.50 |
| Mark A. Platt | $725.00 | 2.0 | $1,450.00 |
| Sarah B. Boehm | $650.00 | 0.3 | $195.00 |
| Nathan Samuel Greenberg | $425.00 | 20.5 | $8,712.50 |
| Candy M. Guerrero | $235.00 | 0.6 | $141.00 |
| TOTAL FEES | | 30.0 | $15,952.75 |

Disbursements and Other Expenses:
         Copy Charges                                      $51.90
         Postal Service Charges                           $102.98
         Computer Research                                 $68.89
07/27/16 Messenger service on June 14 2016                 $14.50
07/22/16 Overtime Charges Estimated Costs                  $47.64
07/31/16 FedEx Priority Overnight                         $178.93

         TOTAL EXPENSES                                   $464.84

         Summary of Fees and Expenses:

         Total Fees for Matter:            $15,952.75

         Total Expenses for Matter:           $464.84

         Total for this Invoice:           $16,417.59

# M<small>C</small>G<small>UIRE</small>W<small>OODS</small>

**Mark A. Platt**                    **2000 McKinney Avenue**
**214 932 6433**                     **Suite 1400**
                                     **Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911104

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Employee Benefits and Pensions**
    **Our File No.:**          **2071963-0010**

Balance Forward from Prior Invoices:              $9,041.50
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:              $22,698.00
    Current Disbursements:          $0.00
    **Current Invoice Total:**                   $22,698.00

   Total Balance Due for this Matter:           $31,739.50

        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                    **2000 McKinney Avenue**
**214 932 6433**                                     **Suite 1400**
                                                     **Dallas, TX 75201**


                                                     August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                           Bill Through: 07/31/16


**INVOICE NO.  91911104**                    **TAX ID NO. 54-0505857**


   **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employee Benefits and Pensions**
   **Our File No.:            2071963-0010**


07/01/16 E-mails with client regarding pension payment        .30
         motion
            Patrick L. Hayden

07/01/16 Prepare and file motion to make pension             1.20
         payment, motion to shorten time and notice of
         hearing
            Patrick L. Hayden

07/01/16 Coordinate with Chambers on filing pension           .50
         motion on shortened time
            Nathan Samuel Greenberg

07/01/16 Finalize and file motion to shorten time and        1.30
         pension motion
            Nathan Samuel Greenberg

07/01/16 Compile and finalize service list for pension        .50
         motions
            Nathan Samuel Greenberg

07/05/16 Telephone conference with pension counsel            .50
         regarding issues on pension plan
            Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                                    Page    2
Invoice No. 91911104                                    August 19, 2016

07/05/16 Prepare for hearing on pension payment motion          .30
         Patrick L. Hayden

07/06/16 Address information request from PBGC                  .70
         Patrick L. Hayden

07/06/16 E-mails with pension counsel regarding pension        .30
         issues
         Patrick L. Hayden

07/07/16 Telephone conference with client and Butzel           .50
         Long regarding PBGC document request
         Patrick L. Hayden

07/07/16 Prepare for hearing on pension payment motion          .30
         Patrick L. Hayden

07/07/16 E-mails with PBGC regarding pension plan issues       .20
         Patrick L. Hayden

07/07/16 Meet with P. Hayden regarding pension matters         .90
         Shawn R. Fox

07/07/16 Review proof of claim stipulation from PBGC           .50
         Shawn R. Fox

07/07/16 Revise proof of claim stipulation                     .70
         Shawn R. Fox

07/07/16 Prepare for court hearing and update meeting         1.00
         with P. Hayden
         Nathan Samuel Greenberg

07/07/16 Update final orders on pension payment motion        1.00
         and presentment orders
         Nathan Samuel Greenberg

07/08/16 Prepare for and attend hearing on pension            1.00
         payment motion
         Patrick L. Hayden

07/08/16 Email client re hearing on pension payment            .20
         motion
         Patrick L. Hayden

07/08/16 Telephone conference and emails with M Platt re       .20
         information provided to PBGC
         Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                          Page   3
Invoice No. 91911104                          August 19, 2016

07/08/16 Review documents and revise correspondence to      1.00
         be sent to PBGC
            Mark A. Platt

07/08/16 Court hearing on authority to make pension         1.00
         payment
            Nathan Samuel Greenberg

07/08/16 Send final order on pension payment motion to       .30
         chambers
            Nathan Samuel Greenberg

07/12/16 Review documents to be produced to PBGC             .50
            Mark A. Platt

07/13/16 Review pbgc claim stipulation                       .30
            Nathan Samuel Greenberg

07/14/16 Review tax returns prior to producing them to       .50
         PBGC
            Mark A. Platt

07/15/16 Draft motion regarding standard termination of     1.50
         pension plan
            Patrick L. Hayden

07/18/16 Prepare stipulation regarding PBGC consolidated     .30
         proofs of claim
            Patrick L. Hayden

07/18/16 E-mails regarding consolidated PBGC proofs of       .20
         claim
            Patrick L. Hayden

07/18/16 Draft motion regarding standard termination of      .50
         pension plan
            Patrick L. Hayden

07/19/16 Revise stipulation on PBGC filing consolidated      .30
         claims
            Patrick L. Hayden

07/19/16 E-mail PBGC regarding claims stipulation            .20
            Patrick L. Hayden

07/19/16 Draft motion regarding standard termination of      .80
         pension plan
            Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                          Page    4
Invoice No. 91911104                               August 19, 2016

07/19/16 E-mails with client and pension counsel          .50
         regarding standard termination motion
         Patrick L. Hayden

07/19/16 Research for standard termination pension         .40
         motion
         Nathan Samuel Greenberg

07/21/16 Review documents for production to PBGC          1.50
         Patrick L. Hayden

07/21/16 Telephone conference with B. Stevenson and M.    2.50
         Jane regarding pension plan termination issues
         Patrick L. Hayden

07/21/16 E-mails with PBGC regarding stipulation on        .30
         consolidated claims
         Patrick L. Hayden

07/21/16 Review claim stipulation with PBGC and send to    .50
         chambers
         Nathan Samuel Greenberg

07/22/16 Prepare document production to PBGC              1.00
         Patrick L. Hayden

07/22/16 Telephone conference with M. Platt regarding      .30
         pension issues
         Patrick L. Hayden

07/22/16 Review documents to be produced to PBGC           .50
         Mark A. Platt

07/27/16 Telephone conference with client and pension     1.00
         counsel regarding pension issues
         Patrick L. Hayden

07/28/16 Review PBGC confidentiality agreement             .70
         Patrick L. Hayden

07/28/16 Review draft confidentiality agreement with       .30
         PBGC
         Mark A. Platt

07/29/16 Draft motion regarding standard termination of   1.50
         pension plan
         Patrick L. Hayden

07/29/16 Review PBGC confidentiality agreement             .30
         Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                          Page   5
Invoice No. 91911104                               August 19, 2016

07/29/16 E-mail client regarding PBGC confidentiality      .30
         agreement
           Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 19.4 | $16,150.50 |
| Shawn R. Fox | $775.00 | 2.1 | $1,627.50 |
| Mark A. Platt | $725.00 | 2.8 | $2,030.00 |
| Nathan Samuel Greenberg | $425.00 | 6.8 | $2,890.00 |
| TOTAL FEES | | 31.1 | $22,698.00 |

Summary of Fees and Expenses:

        Total Fees for Matter:              $22,698.00

        Total Expenses for Matter:              $0.00

        Total for this Invoice:           $22,698.00

# M̄cGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911105

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Employment and Fee Applications**
    **Our File No.:          2071963-0011**


Balance Forward from Prior Invoices:                $11,901.50
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                $2,796.00
     Current Disbursements:          $0.00
     **Current Invoice Total:**                 $2,796.00

   Total Balance Due for this Matter:          $14,697.50


          PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

               McGuireWoods LLP
               Attn: Accounts Receivable
               800 E. Canal Street
               Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                           **2000 McKinney Avenue**
**214 932 6433**                                            **Suite 1400**
                                                            **Dallas, TX 75201**


                                                            August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                  Bill Through: 07/31/16


INVOICE NO.  91911105                             TAX ID NO. 54-0505857


        FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.:           2071963-0011


07/05/16  Prepare supplemental declaration                      .30
            Patrick L. Hayden

07/06/16  Prepare supplemental declaration                      .30
            Patrick L. Hayden

07/07/16  Prepare and file supplemental declaration             .20
            Patrick L. Hayden

07/07/16  Finalize and file P. Hayden supplemental             1.50
          declaration on Mcguirewoods employment app
            Nathan Samuel Greenberg

07/11/16  Changes and blackline to employment order             .70
            Nathan Samuel Greenberg

07/12/16  Coordinate with M. Platt on ordinary course          1.00
          professional retention
            Nathan Samuel Greenberg

07/13/16  Confer with D. Villani from AAF regarding             .30
          retention
            Mark A. Platt

07/13/16  Contact deloitte about employment application         .20
            Nathan Samuel Greenberg

Employment and Fee Applications

| File Number: 2071963-0011 | Page   2 |
|---|---|
| Invoice No. 91911105 | August 19, 2016 |

07/13/16 Contact QAS attorney about employment app          .30
         Nathan Samuel Greenberg

07/19/16 Conference with P. Hayden on status updates        .50
         Nathan Samuel Greenberg

07/26/16 Call with annuity professionals about retention    .30
         Nathan Samuel Greenberg

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 0.8 | $666.00 |
| Mark A. Platt | $725.00 | 0.3 | $217.50 |
| Nathan Samuel Greenberg | $425.00 | 4.5 | $1,912.50 |
| TOTAL FEES | | 5.6 | $2,796.00 |

Summary of Fees and Expenses:

Total Fees for Matter:            $2,796.00

Total Expenses for Matter:            $0.00

Total for this Invoice:        $2,796.00

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911106

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Meetings and Communications with Creditors**
    **Our File No.:          2071963-0015**


Balance Forward from Prior Invoices:                    $9,291.50
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                      $666.00
    Current Disbursements:               $0.00
    **Current Invoice Total:**                       $666.00

   Total Balance Due for this Matter:              $9,957.50


         PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

         **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**                                **2000 McKinney Avenue**
**214 932 6433**                                 **Suite 1400**
                                                 **Dallas, TX 75201**


                                                 August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760
                                                 Bill Through: 07/31/16


**INVOICE NO.  91911106**                        **TAX ID NO. 54-0505857**


  **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Meetings and Communications with Creditors**
   **Our File No.:**              **2071963-0015**


07/05/16 Telephone conference with M. Bulleri regarding        .30
         NC DEQ claims regarding Albemarle
            Patrick L. Hayden

07/05/16 E-mail M. Bulleri regarding Albemarle                 .20
            Patrick L. Hayden

07/18/16 Telephone conference with D. Tarczynska               .30
         regarding cash management motion
            Patrick L. Hayden


| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 0.8 | $666.00 |
| TOTAL FEES | | 0.8 | $666.00 |

Meetings and Communications with Creditors
File Number: 2071963-0015                               Page   2
Invoice No. 91911106                                   August 19, 2016

Summary of Fees and Expenses:

    Total Fees for Matter:                    $666.00

    Total Expenses for Matter:                  $0.00

    Total for this Invoice:                   $666.00

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911107

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Plan and Disclosure Statement**
   **Our File No.:        2071963-0017**

Balance Forward from Prior Invoices:                     $0.00
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
   Current Fees:                    $832.50
   Current Disbursements:              $0.00
   **Current Invoice Total:**                       $832.50

   Total Balance Due for this Matter:              $832.50

        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 07/31/16

**INVOICE NO.  91911107**                    **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Plan and Disclosure Statement**
     **Our File No.:          2071963-0017**

07/25/16 Review issues on structure of plan                    1.00
         Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Patrick L. Hayden | $832.50 | 1.0 | $832.50 |
| TOTAL FEES | | 1.0 | $832.50 |

Summary of Fees and Expenses:

Total Fees for Matter:                    $832.50

Total Expenses for Matter:                 $0.00

Total for this Invoice:                    $832.50

# McGuireWoods

**Mark A. Platt**                                    **2000 McKinney Avenue**
**214 932 6433**                                     **Suite 1400**
                                                     **Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911108

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Real Estate**
   **Our File No.:**              **2071963-0018**

Balance Forward from Prior Invoices:                    $249.75
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:              $11,318.50
      Current Disbursements:           $0.00
      **Current Invoice Total:**                     $11,318.50

   Total Balance Due for this Matter:              $11,568.25

         PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

         **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# M<small>C</small>G<small>UIRE</small>W<small>OODS</small>

**Mark A. Platt**                                    **2000 McKinney Avenue**
**214 932 6433**                                     **Suite 1400**
                                                     **Dallas, TX 75201**


                                                     August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                     Bill Through: 07/31/16


INVOICE NO.  91911108                          TAX ID NO. 54-0505857


      FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

**Re: Real Estate**
     **Our File No.:**              **2071963-0018**


07/01/16 Review Ilion order on tank                        .50
         Patrick L. Hayden

07/01/16 Telephone conference with M. Platt regarding      .30
         Ilion order on tank
         Patrick L. Hayden

07/06/16 Telephone conference with M. Platt regarding      .20
         Ilion property issues
         Patrick L. Hayden

07/06/16 Analyze NYDEC administrative order against       1.00
         Ilion Properties, Inc., and place call to N.
         Magnusson, Assistant Regional Attorney for
         NYDEC
         Mark A. Platt

07/13/16 Calls with N. Magnusson and S. Nagle with NY      .50
         AG's office regarding ALJ order against Ilion
         Properties, Inc.
         Mark A. Platt

07/13/16 Prepare email to S. Nagle at NY AG's office       .30
         regarding ALJ order against Ilion Properties,
         Inc.
         Mark A. Platt

Real Estate
File Number: 2071963-0018                                    Page   2
Invoice No. 91911108                                         August 19, 2016

07/18/16  Telephone conference with M. Platt regarding NY      .30
          State order regarding storage tank
              Patrick L. Hayden

07/25/16  Review New York State order on Ilion                 .30
              Patrick L. Hayden

07/25/16  Telephone conference with M. Platt regarding         .30
          Ilion order
              Patrick L. Hayden

07/25/16  Prepare motion to enforce automatic stay            4.50
              Mark A. Platt

07/26/16  Telephone conference with M. Platt regarding        1.00
          issues on Ilion property and New York State
          order
              Patrick L. Hayden

07/26/16  Review real estate tax issues                        .30
              Patrick L. Hayden

07/26/16  Revise motion to enforce automatic stay             2.00
              Mark A. Platt

07/26/16  Confer with M. Leary with NYSDEC regarding           .50
          resolution of administrative order
              Mark A. Platt

07/26/16  Analyze NYSDEC position regarding                   1.00
          administrative order and automatic stay effect
          on same
              Mark A. Platt

07/28/16  Review potential brokers for Ilion property          .80
              Patrick L. Hayden

07/28/16  E-mail client regarding Ilion property               .30
              Patrick L. Hayden

07/28/16  E-mails with client regarding Ilion AST              .30
              Patrick L. Hayden

07/28/16  Review estimates for certain vendors to remove       .30
          Ilion tank
              Mark A. Platt

07/29/16  E-mails with J. Byrnes regarding Ilion AST           .20
              Patrick L. Hayden

Real Estate
File Number: 2071963-0018                              Page   3
Invoice No. 91911108                                   August 19, 2016

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 4.8 | $3,996.00 |
| Mark A. Platt | $725.00 | 10.1 | $7,322.50 |
| TOTAL FEES | | 14.9 | $11,318.50 |

Summary of Fees and Expenses:

Total Fees for Matter:          $11,318.50

Total Expenses for Matter:           $0.00

Total for this Invoice:         $11,318.50

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91911109

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Reporting**
   **Our File No.:**          **2071963-0020**


Balance Forward from Prior Invoices:                    $3,618.75
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                  $1,301.75
      Current Disbursements:              $0.00
      **Current Invoice Total:**                      $1,301.75

   Total Balance Due for this Matter:              $4,920.50


         PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

         **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Mark A. Platt**
**214 932 6433**

**2000 McKinney Avenue**
**Suite 1400**
**Dallas, TX 75201**

August 19, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 07/31/16

INVOICE NO.  91911109                          TAX ID NO. 54-0505857


      FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Reporting
      Our File No.:            2071963-0020


07/15/16 Review monthly operating report                         .30
         Patrick L. Hayden

07/15/16 Emails with N Greenberg and client regarding            .30
         monthly operating report
         Patrick L. Hayden

07/15/16 Compile and file and circulate monthly                 1.30
         operating report for Debtors
         Nathan Samuel Greenberg

07/18/16 Review monthly operating report and US Trustee          .30
         fees
         Patrick L. Hayden


| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 0.9 | $749.25 |
| Nathan Samuel Greenberg | $425.00 | 1.3 | $552.50 |
| TOTAL FEES | | 2.2 | $1,301.75 |

Reporting
File Number: 2071963-0020                    Page   2
Invoice No. 91911109                         August 19, 2016

 

 

 

 

Summary of Fees and Expenses:

       Total Fees for Matter:              $1,301.75

       Total Expenses for Matter:              $0.00

       Total for this Invoice:             $1,301.75

# McGUIREWOODS LLP INVOICES

# AUGUST 1 – 31, 2016

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                          **New York, NY 10105-0106**

                                      September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

                                      INVOICE NO. 91920370
Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                      TAX ID NO.  54-0505857

**Re: Case Administration**
    **Our File No.:**            **2071963-0007**


    Balance Forward from Prior Invoices:           $105,736.98
     *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

    Current Invoice:
         Current Fees:                  $19,615.25
         Current Disbursements:            $185.22
         **Current Invoice Total:**                 $19,800.47

     Total Balance Due for this Matter:           $125,537.45


          PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

              McGuireWoods LLP
              Attn: Accounts Receivable
              800 E. Canal Street
              Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Patrick L. Hayden**                                   **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                        **New York, NY 10105-0106**


                                                        September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                        Bill Through: 08/31/16


**INVOICE NO.  91920370**                              **TAX ID NO. 54-0505857**


     **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Case Administration**
     **Our File No.:          2071963-0007**


08/01/16 Office conference with S. Fox regarding amended     .30
         schedules
             Patrick L. Hayden

08/01/16 Meetings with P. Hayden on status                  1.20
             Nathan Samuel Greenberg

08/01/16 Compile and file publication notices affidavits     .50
             Nathan Samuel Greenberg

08/01/16 Review bar date notice mailing                      .50
             Nathan Samuel Greenberg

08/02/16 Review bar date notices                             .50
             Nathan Samuel Greenberg

08/03/16 Review creditors list                               .50
             Nathan Samuel Greenberg

08/03/16 Research information for creditors list            4.00
             Mary Anne Maher

08/04/16 Review creditor list issues                         .30
             Patrick L. Hayden

Case Administration
File Number: 2071963-0007                          Page    2
Invoice No. 91920370                               September 20, 2016

08/05/16 Office conference with N. Greenberg regarding          .70
         creditors list
              Patrick L. Hayden

08/05/16 Office conference with N. Greenberg regarding          .70
         status
              Patrick L. Hayden

08/05/16 Review creditor matrix and updates with P.            2.30
         Hayden
              Nathan Samuel Greenberg

08/08/16 Call with client regarding status                      .50
              Patrick L. Hayden

08/08/16 Review creditor contact information                    .50
              Nathan Samuel Greenberg

08/08/16 Review creditor information                           1.50
              Nathan Samuel Greenberg

08/08/16 Status update call with clients                        .50
              Nathan Samuel Greenberg

08/08/16 Review status of pending projects                      .50
              Nathan Samuel Greenberg

08/09/16 Review information on creditors matrix                 .30
              Patrick L. Hayden

08/09/16 Review information on creditor addresses               .70
              Nathan Samuel Greenberg

08/09/16 Research creditor address information                  .50
              Mary Anne Maher

08/10/16 Office conference with N. Greenberg regarding          .40
         creditor lists
              Patrick L. Hayden

08/10/16 Discuss creditor information with P. Hayden           1.00
              Nathan Samuel Greenberg

08/10/16 Review research on creditor information                .80
              Nathan Samuel Greenberg

08/10/16 Research creditor address information                 4.50
              Mary Anne Maher

Case Administration
File Number: 2071963-0007                                    Page   3
Invoice No. 91920370                                September 20, 2016

08/11/16 Office conference with N. Greenberg regarding          .20
             matrix
               Patrick L. Hayden

08/11/16                                                       1.00
             Review research into creditor corporate history
               Nathan Samuel Greenberg

08/11/16 Update discussion with P. Hayden                       .50
               Nathan Samuel Greenberg

08/12/16 Coordinate with P. Hayden regarding filed              .40
             proofs of claim
               Nathan Samuel Greenberg

08/15/16 Review filed proofs of claim                          1.00
               Patrick L. Hayden

08/15/16 Telephone conference and e-mail J. Byrnes              .30
             regarding filed proofs of claim
               Patrick L. Hayden

08/15/16 Review and compile information on creditors            .80
               Nathan Samuel Greenberg

08/15/16 Status update with P. Hayden                           .60
               Nathan Samuel Greenberg

08/16/16 Conference call with client regarding status          .70
               Patrick L. Hayden

08/16/16 Review proofs of claim filed                           .30
               Patrick L. Hayden

08/16/16 Call with clients on status updates                    .70
               Nathan Samuel Greenberg

08/16/16 Compile all filed proofs of claim, create chart       1.50
               Nathan Samuel Greenberg

08/17/16 E-mails with client regarding insurance               .30
               Patrick L. Hayden

08/17/16 Review creditor inquiries with P. Hayden               .30
               Nathan Samuel Greenberg

08/22/16 Office conference with N. Greenberg regarding          .80
             issues on lists of creditors
               Patrick L. Hayden

Case Administration
File Number: 2071963-0007                              Page   4
Invoice No. 91920370                           September 20, 2016

08/22/16 Review issues on lists of creditors              .20
         Patrick L. Hayden

08/22/16 Review creditor information and mailing lists    2.30
         with P. Hayden
         Nathan Samuel Greenberg

08/22/16 Prepare updated changes to creditor lists        .50
         Nathan Samuel Greenberg

08/25/16 Conference call with client regarding status     .70
         Patrick L. Hayden

08/25/16 Status client call                               .70
         Nathan Samuel Greenberg

08/26/16 Office conference with N. Greenberg regarding    .50
         creditors matrix
         Patrick L. Hayden

08/26/16 Review dawson property research with P. Hayden   1.80
         Nathan Samuel Greenberg

08/26/16 Review background and request for search of      .80
         property records
         Nathan Samuel Greenberg

08/26/16 Compile and organize updates to creditor lists   .50
         Nathan Samuel Greenberg

08/29/16 Review research on creditor addresses            .30
         Nathan Samuel Greenberg

08/29/16 Research creditor address information            1.00
         Mary Anne Maher

08/31/16 Review CNA insurance correspondence              .30
         Patrick L. Hayden

08/31/16 Telephone conference with CNA insurance          .20
         regarding correspondence
         Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 8.7 | $7,242.75 |
| Nathan Samuel Greenberg | $425.00 | 23.7 | $10,072.50 |
| Mary Anne Maher | $230.00 | 10.0 | $2,300.00 |
| TOTAL FEES | | 42.4 | $19,615.25 |

Case Administration
File Number: 2071963-0007                                    Page    5
Invoice No. 91920370                               September 20, 2016

Disbursements and Other Expenses:

|  |  |  |
|---|---|---|
| | Copy Charges | $0.20 |
| | Postal Service Charges | $151.14 |
| | Computer Research | $6.00 |
| 08/19/16 | Staff overtime charges | $12.88 |
| 08/30/16 | Pennsylvania Secretary of State, copies of documents | $15.00 |

|  |  |
|---|---|
| TOTAL EXPENSES | $185.22 |

Summary of Fees and Expenses:

|  |  |
|---|---|
| Total Fees for Matter: | $19,615.25 |
| Total Expenses for Matter: | $185.22 |
| Total for this Invoice: | $19,800.47 |

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                         **New York, NY 10105-0106**

September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91920371

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO. 54-0505857

**Re: Employee Benefits and Pensions**
    **Our File No.:         2071963-0010**

Balance Forward from Prior Invoices:                    $31,739.50
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
        Current Fees:                   $19,275.50
        Current Disbursements:              $0.00
        **Current Invoice Total:**                      $19,275.50

    Total Balance Due for this Matter:             $51,015.00

        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

                McGuireWoods LLP
                Attn: Accounts Receivable
                800 E. Canal Street
                Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**                          **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                               **New York, NY 10105-0106**


September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 08/31/16


**INVOICE NO.  91920371**                      **TAX ID NO. 54-0505857**


**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employee Benefits and Pensions**
    **Our File No.:          2071963-0010**


| | | |
|---|---|---|
| 08/01/16 | Telephone conference with M. Jane regarding standard termination motion<br>    Patrick L. Hayden | .50 |
| 08/01/16 | Review and revise standard termination motion<br>    Patrick L. Hayden | 1.50 |
| 08/01/16 | E-mails to client regarding standard terminaton motion<br>    Patrick L. Hayden | .20 |
| 08/02/16 | Review and revise pension standard termination motion<br>    Patrick L. Hayden | 1.50 |
| 08/02/16 | E-mails to client and pension counsel regarding pension standard termination motion<br>    Patrick L. Hayden | .30 |
| 08/02/16 | E-mail PBGC regarding confidentiality agreement<br>    Patrick L. Hayden | .40 |
| 08/02/16 | Draft notice of hearing for pension termination motion and case conference<br>    Nathan Samuel Greenberg | .50 |

Employee Benefits and Pensions
File Number: 2071963-0010                          Page    2
Invoice No. 91920371                         September 20, 2016

08/03/16 Prepare and file pension standard termination      1.00
         motion
              Patrick L. Hayden

08/03/16 Finalize and file pension standard termination     3.30
         motion, notice, and certificate of service
              Nathan Samuel Greenberg

08/09/16 Review PBGC proofs of claim                          .30
              Patrick L. Hayden

08/09/16 Telephone conference with B. Stevenson              .20
         regarding PBGC proofs of claim
              Patrick L. Hayden

08/09/16 Telephone conference with J. Byrnes regarding       .20
         PBGC proofs of claim
              Patrick L. Hayden

08/09/16 Review PBGC confidentiality agreement               .30
              Patrick L. Hayden

08/09/16 E-mail client regarding PBGC confidentiality        .20
         agreement
              Patrick L. Hayden

08/09/16 Review PBGC proofs of claim                          .30
              Nathan Samuel Greenberg

08/10/16 Review PBGC proofs of claim                          .40
              James P. McElligott Jr.

08/10/16 Confer with P. Hayden regarding PBGC claims          .80
              James P. McElligott Jr.

08/10/16 Review pension issues and PBGC claims               .80
              Patrick L. Hayden

08/11/16 E-mails regarding PBGC confidentiality              .30
         agreement
              Patrick L. Hayden

08/11/16 E-mails with PBGC regarding information request     .70
              Patrick L. Hayden

08/11/16 Compile email for PBGC on Dawson agreements        1.20
              Nathan Samuel Greenberg

08/17/16 Review e-mail regarding PBGC claims                  .30
              Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                              Page   3
Invoice No. 91920371                           September 20, 2016

08/18/16 Review Dawson VCP application and materials       .20
         James P. McElligott Jr.

08/18/16 Review VCP application                            .70
         Patrick L. Hayden

08/18/16 E-mails regarding VCP application                 .30
         Patrick L. Hayden

08/19/16 Review Dawson VCP application and materials      1.00
         James P. McElligott Jr.

08/19/16 Emails and confer with P. Hayden regarding VCP    .70
         application and bankruptcy issues
         James P. McElligott Jr.

08/19/16 Telephone conference with J. McElligott           .70
         regarding VCP issues regarding pension plan
         Patrick L. Hayden

08/19/16 Review VCP issues regarding pension plan          .70
         Patrick L. Hayden

08/19/16 E-mail client regarding pension plan              .20
         Patrick L. Hayden

08/22/16 Prepare for hearing on motion for standard       1.00
         termination of pension plan
         Patrick L. Hayden

08/23/16 Prepare for pension hearing                      1.50
         Patrick L. Hayden

08/24/16 Hearing on pension motion                        1.50
         Patrick L. Hayden

08/24/16 E-mail client regarding pension motion            .20
         Patrick L. Hayden

08/24/16 Review order on pension motion                    .40
         Patrick L. Hayden

08/24/16 E-mails with PBGC                                 .20
         Patrick L. Hayden

08/24/16 Review and send to court order on pension         .50
         motion
         Nathan Samuel Greenberg

08/25/16 E-mails with PBGC                                 .10
         Patrick L. Hayden

Employee Benefits and Pensions
File Number: 2071963-0010                         Page   4
Invoice No. 91920371                              September 20, 2016


08/30/16 Review issues for PBGC call                      .70
         Patrick L. Hayden

08/30/16 Call with PBGC regarding claim issues            .50
         Patrick L. Hayden


| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 17.4 | $14,485.50 |
| James P. McElligott Jr. | $750.00 | 3.1 | $2,325.00 |
| Nathan Samuel Greenberg | $425.00 | 5.8 | $2,465.00 |
| TOTAL FEES | | 26.3 | $19,275.50 |


Summary of Fees and Expenses:

          Total Fees for Matter:            $19,275.50

          Total Expenses for Matter:             $0.00

          Total for this Invoice:          $19,275.50

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Patrick L. Hayden**                                   **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                        **New York, NY 10105-0106**

                                                September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

                                        INVOICE NO. 91920372
Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                        TAX ID NO.  54-0505857

**Re: Employment and Fee Applications**
      **Our File No.:          2071963-0011**


Balance Forward from Prior Invoices:                        $14,697.50
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                      $255.00
      Current Disbursements:              $0.00
      **Current Invoice Total:**                          $255.00

   Total Balance Due for this Matter:                     $14,952.50

            PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

                  McGuireWoods LLP
                  Attn: Accounts Receivable
                  800 E. Canal Street
                  Richmond, VA 23219-3916

            **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**
**212 548 2163**

**1345 Avenue of the Americas, Seventh Floor**
**New York, NY 10105-0106**

September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 08/31/16

**INVOICE NO.  91920372**                                    **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
     **Our File No.:          2071963-0011**

08/01/16 Coordinate with QAS on employment application          .30
         Nathan Samuel Greenberg

08/09/16 Draft emails for professional retention          .30
         Nathan Samuel Greenberg

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Nathan Samuel Greenberg | $425.00 | 0.6 | $255.00 |
| TOTAL FEES | | 0.6 | $255.00 |

Summary of Fees and Expenses:

Total Fees for Matter:          $255.00

Total Expenses for Matter:          $0.00

Total for this Invoice:          $255.00

# McGuireWoods

**Patrick L. Hayden**                                          **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                              **New York, NY 10105-0106**

September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91920373

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO. 54-0505857

**Re: Meetings and Communications with Creditors**
**Our File No.:          2071963-0015**

Balance Forward from Prior Invoices:                          $9,957.50
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
          Current Fees:                    $416.25
          Current Disbursements:              $0.00
          **Current Invoice Total:**                      $416.25

     Total Balance Due for this Matter:                  $10,373.75

          PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

               McGuireWoods LLP
               Attn: Accounts Receivable
               800 E. Canal Street
               Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**  
**212 548 2163**

**1345 Avenue of the Americas, Seventh Floor**  
**New York, NY 10105-0106**

September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 08/31/16

**INVOICE NO.  91920373**                              **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Meetings and Communications with Creditors**
   **Our File No.:            2071963-0015**

08/11/16 Telephone conference and e-mail City of              .30
         Albemarle regarding claim issues
            Patrick L. Hayden

08/11/16 Review NYC proof of claim for taxes               .20
            Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 0.5 | $416.25 |
| TOTAL FEES | | 0.5 | $416.25 |

Summary of Fees and Expenses:

Total Fees for Matter:              $416.25

Total Expenses for Matter:          $0.00

Total for this Invoice:             $416.25

# McGuireWoods

**Patrick L. Hayden**                        **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                             **New York, NY 10105-0106**

September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91920374

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Plan and Disclosure Statement**
     **Our File No.:**          **2071963-0017**

Balance Forward from Prior Invoices:                          $832.50
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                   $1,507.25
     Current Disbursements:              $0.00
     **Current Invoice Total:**                      $1,507.25

   Total Balance Due for this Matter:                $2,339.75

          PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

               McGuireWoods LLP
               Attn: Accounts Receivable
               800 E. Canal Street
               Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                         **New York, NY 10105-0106**


September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 08/31/16


**INVOICE NO.  91920374**                              **TAX ID NO. 54-0505857**


**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Plan and Disclosure Statement**
     **Our File No.:            2071963-0017**


08/31/16 Review issues for plan structure and plan            1.30
         exclusivity
             Patrick L. Hayden

08/31/16 Research and draft motion to extend exclusivity      1.00
         period
             Nathan Samuel Greenberg


| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Patrick L. Hayden | $832.50 | 1.3 | $1,082.25 |
| Nathan Samuel Greenberg | $425.00 | 1.0 | $425.00 |
| TOTAL FEES | | 2.3 | $1,507.25 |


Summary of Fees and Expenses:

Total Fees for Matter:            $1,507.25

Total Expenses for Matter:            $0.00

Total for this Invoice:            $1,507.25

16-11551-jlg    Doc 69-5    Filed 10/25/16    Entered 10/25/16 15:37:16    Exhibit E
McGuireWoods LLP Invoices    Pg 83 of 109

# McGuireWoods

**Patrick L. Hayden**                                **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                     **New York, NY 10105-0106**

September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91920375

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Real Estate**
**Our File No.:**                    **2071963-0018**

Balance Forward from Prior Invoices:                      $11,568.25
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
        Current Fees:                      $2,164.50
        Current Disbursements:                  $0.00
        **Current Invoice Total:**                    $2,164.50

     Total Balance Due for this Matter:           $13,732.75

        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

                McGuireWoods LLP
                Attn: Accounts Receivable
                800 E. Canal Street
                Richmond, VA 23219-3916

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                         **New York, NY 10105-0106**


                                                September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                Bill Through: 08/31/16


**INVOICE NO.  91920375**                              **TAX ID NO. 54-0505857**


    **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Real Estate**
    **Our File No.:**            **2071963-0018**


08/02/16 Telephone conference with potential broker          .40
         regarding Ilion property
           Patrick L. Hayden

08/04/16 E-mail J. Byrnes regarding Ilion property           .30
           Patrick L. Hayden

08/05/16 E-mails with J. Byrnes regarding Ilion property     .20
           Patrick L. Hayden

08/05/16 Review Ilion property information                   .30
           Patrick L. Hayden

08/16/16 Review issues on Ilion real estate                  .30
           Patrick L. Hayden

08/23/16 Telephone conference with real estate broker        .30
         regarding Ilion property
           Patrick L. Hayden

08/24/16 Telephone conference with brokers regarding         .40
         Ilion property
           Patrick L. Hayden

08/29/16 E-mails with potential broker regarding Ilion       .20
         property
           Patrick L. Hayden

Real Estate
File Number: 2071963-0018                      Page   2
Invoice No. 91920375                           September 20, 2016

08/30/16 E-mails with potential broker regarding Ilion        .20
         property
           Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Patrick L. Hayden | $832.50 | 2.6 | $2,164.50 |
| TOTAL FEES | | 2.6 | $2,164.50 |

Summary of Fees and Expenses:

Total Fees for Matter:              $2,164.50

Total Expenses for Matter:              $0.00

Total for this Invoice:             $2,164.50

# McGuireWoods

**Patrick L. Hayden**                          **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                               **New York, NY 10105-0106**

September 20, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91920376

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Reporting**
   **Our File No.:**              **2071963-0020**


Balance Forward from Prior Invoices:              $4,920.50
   *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                 $1,248.75
      Current Disbursements:            $0.00
      **Current Invoice Total:**                   $1,248.75

   Total Balance Due for this Matter:             $6,169.25


      PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

         McGuireWoods LLP
         Attn: Accounts Receivable
         800 E. Canal Street
         Richmond, VA 23219-3916

      **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**
**212 548 2163**

**1345 Avenue of the Americas, Seventh Floor**
**New York, NY 10105-0106**

September 20, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 08/31/16

**INVOICE NO.  91920376**                          **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Reporting**
**Our File No.:            2071963-0020**

08/12/16 Review July MOR                                     .40
         Patrick L. Hayden

08/12/16 E-mails regarding July MOR                         .30
         Patrick L. Hayden

08/15/16 Prepare and file monthly operating report          .80
         Patrick L. Hayden

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 1.5 | $1,248.75 |
| TOTAL FEES | | 1.5 | $1,248.75 |

Summary of Fees and Expenses:

Total Fees for Matter:            $1,248.75

Total Expenses for Matter:             $0.00

Total for this Invoice:           $1,248.75

Reporting
Invoice Number: 2071963-0020
September 20, 2016
Page 2

16-11551-jlg    Doc 69-5    Filed 10/25/16    Entered 10/25/16 15:37:16    Exhibit E
McGuireWoods LLP Invoices    Pg 89 of 109

# McGUIREWOODS LLP INVOICES

# SEPTEMBER 1 – 30, 2016

# McGuireWoods

**Patrick L. Hayden**                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                         **New York, NY 10105-0106**

October 13, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91927223

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Case Administration**
   **Our File No.:**            **2071963-0007**


Balance Forward from Prior Invoices:              $125,537.45
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                $4,013.50
      Current Disbursements:          $138.60
      **Current Invoice Total:**                 $4,152.10

   Total Balance Due for this Matter:          $129,689.55


      PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            800 E. Canal Street
            Richmond, VA 23219-3916

      **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                         **New York, NY 10105-0106**


                                                        October 13, 2016

```
Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760
```
                                                        Bill Through: 09/30/16


**INVOICE NO.  91927223**                               **TAX ID NO. 54-0505857**


   **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Case Administration**
      **Our File No.:**              **2071963-0007**


```
09/01/16 Telephone conference with CNA regarding          .10
         insurance issue
            Patrick L. Hayden

09/02/16 Telephone conference with CNA regarding          .20
         insurance
            Patrick L. Hayden

09/02/16 Review and revise status summary                 .80
            Patrick L. Hayden

09/02/16 E-mails with D. Cooper regarding status summary  .20
            Patrick L. Hayden

09/08/16 Telephone conference with D. Cooper regarding   1.00
         status issues
            Patrick L. Hayden

09/16/16 Status call with client                          .50
            Patrick L. Hayden

09/16/16 Draft, revise and file notice of continued case 1.00
         conference
            Nathan Samuel Greenberg

09/22/16 Status call with client                          .50
            Patrick L. Hayden
```

Case Administration
File Number: 2071963-0007                                    Page    2
Invoice No. 91927223                                    October 13, 2016

09/22/16 Weekly status call with clients                        .50
         Nathan Samuel Greenberg

09/29/16 Status call with client                                .50
         Patrick L. Hayden

09/29/16 Status update call with clients                        .50
         Nathan Samuel Greenberg

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 3.8 | $3,163.50 |
| Nathan Samuel Greenberg | $425.00 | 2.0 | $850.00 |
| TOTAL FEES | | 5.8 | $4,013.50 |

Disbursements and Other Expenses:
         Copy Charges                                      $0.20
         Postal Service Charges                          $138.40

                      TOTAL EXPENSES                     $138.60

              Summary of Fees and Expenses:

                 Total Fees for Matter:            $4,013.50

                 Total Expenses for Matter:          $138.60

                 Total for this Invoice:           $4,152.10

# McGuireWoods

**Patrick L. Hayden**
**212 548 2163**

**1345 Avenue of the Americas, Seventh Floor**
**New York, NY 10105-0106**

October 13, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91927224

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Employee Benefits and Pensions**
     **Our File No.:          2071963-0010**

Balance Forward from Prior Invoices:                    $51,015.00
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                        $2,685.00
     Current Disbursements:                   $0.00
     **Current Invoice Total:**                         $2,685.00

  Total Balance Due for this Matter:                    $53,700.00

          PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

               McGuireWoods LLP
               Attn: Accounts Receivable
               800 E. Canal Street
               Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                         **New York, NY 10105-0106**

October 13, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

Bill Through: 09/30/16

**INVOICE NO.  91927224**                    **TAX ID NO. 54-0505857**

   **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employee Benefits and Pensions**
   **Our File No.:          2071963-0010**

| | | |
|---|---|---|
| 09/01/16 Conference call with client and Butzel Long regarding pension issues<br>Patrick L. Hayden | | 1.50 |
| 09/01/16 Call with clients and Butzel Long on pension issues<br>Nathan Samuel Greenberg | | 1.50 |
| 09/08/16 Review pension<br>Nathan Samuel Greenberg | | .90 |
| 09/28/16 Telephone conference with B. Stevenson regarding plan termination issues<br>Patrick L. Hayden | | .50 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 2.0 | $1,665.00 |
| Nathan Samuel Greenberg | $425.00 | 2.4 | $1,020.00 |
| TOTAL FEES | | 4.4 | $2,685.00 |

Employee Benefits and Pensions
File Number: 2071963-0010                              Page    2
Invoice No. 91927224                                   October 13, 2016

Summary of Fees and Expenses:

          Total Fees for Matter:              $2,685.00

          Total Expenses for Matter:              $0.00

          Total for this Invoice:            $2,685.00

# McGuireWoods

**Patrick L. Hayden**                                     **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                          **New York, NY 10105-0106**

                                    October 13, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

                                         INVOICE NO. 91927225
Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                         TAX ID NO.  54-0505857

**Re: Employment and Fee Applications**
**Our File No.:          2071963-0011**


Balance Forward from Prior Invoices:                    $14,952.50
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                    $7,711.00
      Current Disbursements:               $0.00
      **Current Invoice Total:**                      $7,711.00

   Total Balance Due for this Matter:              $22,663.50


         PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

              McGuireWoods LLP
              Attn: Accounts Receivable
              800 E. Canal Street
              Richmond, VA 23219-3916

         **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# M<small>c</small>G<small>UIRE</small>W<small>OODS</small>

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                         **New York, NY 10105-0106**


                                                         October 13, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                         Bill Through: 09/30/16


**INVOICE NO.  91927225**                                **TAX ID NO. 54-0505857**


      **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Employment and Fee Applications**
     **Our File No.:          2071963-0011**


09/07/16 Review issues on QAS employment application      1.00
         Patrick L. Hayden

09/08/16 Telephone conference with A. Velez-Rivera         .20
         regarding Deloitte and QAS applications
         Patrick L. Hayden

09/08/16 E-mail to client regarding Deloitte and QAS       .40
         applications
         Patrick L. Hayden

09/08/16 Office conference with N. Greenberg regarding     .30
         Deloitte and QAS applications
         Patrick L. Hayden

09/16/16 Draft employment application for Deloitte Tax    1.00
         Nathan Samuel Greenberg

09/19/16 Telephone conference with QAS counsel regarding   .30
         employment application
         Patrick L. Hayden

09/19/16 Review Deloitte engagement letter                 .20
         Patrick L. Hayden

Employment and Fee Applications
File Number: 2071963-0011                              Page   2
Invoice No. 91927225                          October 13, 2016

09/19/16 Draft and revise deloitte employment              1.00
         application
         Nathan Samuel Greenberg

09/19/16 Correspondence with and call with QAS re their     .70
         employment applications
         Nathan Samuel Greenberg

09/20/16 Review and revise Deloitte employment              .30
         application
         Patrick L. Hayden

09/20/16 Correspondence with Deloitte on employment         .20
         agreement
         Nathan Samuel Greenberg

09/21/16 Review revised QAS engagement letter               .20
         Patrick L. Hayden

09/21/16 Office conference with N. Greenberg regarding      .20
         Deloitte application
         Patrick L. Hayden

09/21/16 Draft McGuireWoods Fee Application                2.00
         Nathan Samuel Greenberg

09/21/16 Revise Deloitte employment application            1.00
         Nathan Samuel Greenberg

09/22/16 Review QAS engagement letter                       .20
         Patrick L. Hayden

09/22/16 Review and revise Deloitte employment              .30
         application
         Patrick L. Hayden

09/22/16 Review issues related to employment                .80
         applications with P. Hayden
         Nathan Samuel Greenberg

09/22/16 Revise deloitte employment application, order     2.00
         and notice
         Nathan Samuel Greenberg

09/28/16 Office conference with N. Greenberg regarding      .20
         Deloitte application
         Patrick L. Hayden

09/30/16 Draft McGuireWoods fee application                2.00
         Nathan Samuel Greenberg

Employment and Fee Applications
File Number: 2071963-0011                                    Page    3
Invoice No. 91927225                                         October 13, 2016

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 3.8 | $3,163.50 |
| Nathan Samuel Greenberg | $425.00 | 10.7 | $4,547.50 |
| TOTAL FEES | | 14.5 | $7,711.00 |

Summary of Fees and Expenses:

Total Fees for Matter:              $7,711.00

Total Expenses for Matter:              $0.00

Total for this Invoice:            $7,711.00

# MᴄGᴜɪʀᴇWᴏᴏᴅꜱ

**Patrick L. Hayden**                                    **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                        **New York, NY 10105-0106**

October 13, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91927226

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Plan and Disclosure Statement**
    **Our File No.:**          **2071963-0017**

Balance Forward from Prior Invoices:                        $2,339.75
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                      $5,090.00
     Current Disbursements:                 $0.00
     **Current Invoice Total:**                       $5,090.00

     Total Balance Due for this Matter:              $7,429.75

          PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

               McGuireWoods LLP
               Attn: Accounts Receivable
               800 E. Canal Street
               Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# M<small>c</small>G<small>UIRE</small>W<small>OODS</small>

**Patrick L. Hayden**                         **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                              **New York, NY 10105-0106**


                                              October 13, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                              Bill Through: 09/30/16


**INVOICE NO.  91927226**                    **TAX ID NO. 54-0505857**


   **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Plan and Disclosure Statement**
    **Our File No.:        2071963-0017**


09/08/16 Office conference with N. Greenberg regarding        .20
         plan exclusivity
         Patrick L. Hayden

09/09/16 Research and draft exclusivity extension motion      2.00
         and notice
         Nathan Samuel Greenberg

09/13/16 Review and revise plan exclusivity motion           1.00
         Patrick L. Hayden

09/13/16 Office conference with N. Greenberg regarding        .30
         exclusivity motion
         Patrick L. Hayden

09/13/16 Revise motion to extend exclusivity and draft        .80
         order
         Nathan Samuel Greenberg

09/14/16 Draft exclusivity motion                            1.00
         Patrick L. Hayden

09/14/16 E-mail client regarding exclusivity motion           .20
         Patrick L. Hayden

09/14/16 Revisions to exclusivity extension motion            .50
         Nathan Samuel Greenberg

Plan and Disclosure Statement
File Number: 2071963-0017                                    Page   2
Invoice No. 91927226                                        October 13, 2016

09/16/16  Review plan exclusivity motion and notice          .30
              Patrick L. Hayden

09/16/16  Draft and revise exclusivity motion, notice and   1.00
              order
              Nathan Samuel Greenberg

09/16/16  Coordinate with chambers on hearing date for       .50
              exclusivity motion
              Nathan Samuel Greenberg

09/16/16  Finalize and file exclusivity motion, notice      1.30
              and proposed order
              Nathan Samuel Greenberg

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 3.0 | $2,497.50 |
| Nathan Samuel Greenberg | $425.00 | 6.1 | $2,592.50 |
| TOTAL FEES | | 9.1 | $5,090.00 |

Summary of Fees and Expenses:

Total Fees for Matter:              $5,090.00

Total Expenses for Matter:              $0.00

Total for this Invoice:             $5,090.00

# McGuireWoods

**Patrick L. Hayden**                                          **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                               **New York, NY 10105-0106**

October 13, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91927227

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Real Estate**
   **Our File No.:**              **2071963-0018**

Balance Forward from Prior Invoices:                    $13,732.75
  *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
       Current Fees:                    $499.50
       Current Disbursements:             $0.00
       **Current Invoice Total:**                          $499.50

   Total Balance Due for this Matter:                 $14,232.25

         PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

               McGuireWoods LLP
               Attn: Accounts Receivable
               800 E. Canal Street
               Richmond, VA 23219-3916

         **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Patrick L. Hayden**                                        **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                             **New York, NY 10105-0106**


                                                            October 13, 2016

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

                                                     Bill Through: 09/30/16


**INVOICE NO.  91927227**                          **TAX ID NO. 54-0505857**


     **FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Real Estate**
     **Our File No.:**           **2071963-0018**


09/07/16 Review issues on Albemarle property               .20
         Patrick L. Hayden

09/07/16 Telephone conference with M. Bulleri regarding    .10
         Albemarle property
         Patrick L. Hayden

09/08/16 Telephone conference with M. Bulleri regarding    .30
         North Carolina property issues
         Patrick L. Hayden


| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 0.6 | $499.50 |
| TOTAL FEES | | 0.6 | $499.50 |

Real Estate
File Number: 2071963-0018                          Page   2
Invoice No. 91927227                               October 13, 2016

Summary of Fees and Expenses:

     Total Fees for Matter:                    $499.50

     Total Expenses for Matter:                 $0.00

     Total for this Invoice:                   $499.50

# McGuireWoods

**Patrick L. Hayden**                              **1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**                                    **New York, NY 10105-0106**

October 13, 2016

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202**

INVOICE NO. 91927339

Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760

TAX ID NO.  54-0505857

**Re: Reporting**
**Our File No.:**              **2071963-0020**

Balance Forward from Prior Invoices:                 $6,169.25
 *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                      $1,629.50
     Current Disbursements:                 $0.00
     **Current Invoice Total:**                       $1,629.50

   Total Balance Due for this Matter:                $7,798.75

         PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

              McGuireWoods LLP
              Attn: Accounts Receivable
              800 E. Canal Street
              Richmond, VA 23219-3916

         **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Patrick L. Hayden**　　　　　　　　　　　　　　　　**1345 Avenue of the Americas, Seventh Floor**
**212 548 2163**　　　　　　　　　　　　　　　　　　**New York, NY 10105-0106**


　　　　　　　　　　　　　　　　　　　　　　October 13, 2016

```
Dawson International Investments (Kinross), Inc.
P.O. Box 706
Natick, MA 01760
```
　　　　　　　　　　　　　　　　　　　　Bill Through: 09/30/16


**INVOICE NO.  91927339**　　　　　　　　　　**TAX ID NO. 54-0505857**

---

　　**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Reporting**
　　**Our File No.:**　　　　　　**2071963-0020**


```
09/13/16 Review August MOR                            .30
         Patrick L. Hayden

09/14/16 Review August monthly operating report       .70
         Patrick L. Hayden

09/14/16 E-mails with client regarding August monthly .30
         operating report
         Patrick L. Hayden

09/14/16 Revise and compile monthly operating report  .20
         Nathan Samuel Greenberg

09/15/16 Review August MOR                            .30
         Patrick L. Hayden

09/15/16 Prepare and file monthly operating report    .50
         Nathan Samuel Greenberg
```

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Patrick L. Hayden | $832.50 | 1.6 | $1,332.00 |
| Nathan Samuel Greenberg | $425.00 | 0.7 | $297.50 |
| TOTAL FEES | | 2.3 | $1,629.50 |

Reporting
File Number: 2071963-0020                        Page    2
Invoice No. 91927339                             October 13, 2016

Summary of Fees and Expenses:

      Total Fees for Matter:              $1,629.50

      Total Expenses for Matter:              $0.00

      Total for this Invoice:             $1,629.50